**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Western District of Texas

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Ironclad Pressure Control, LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 9 2 – 1 7 9 9 5 3 4 | |
| **4. Debtor's address** | **Principal place of business** 16690 W. Basin St. Number  Street Odessa, TX 79763 City    State  ZIP Code Ector County | **Mailing address, if different from principal place of business** Number  Street City    State  ZIP Code **Location of principal assets, if different from principal place of business** Number  Street City    State  ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

Debtor __Ironclad Pressure Control, LLC_____ Case number *(if known)* _____
        Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. §101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) <br> ☑ None of the above <br><br> B. *Check all that apply:* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. §501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>   2  1  3  1 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** <br><br> A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:* <br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☑ Chapter 11. *Check all that apply:* <br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>    ☐ A plan is being filed with this petition. <br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☑ No <br> ☐ Yes. District _____ When _____ Case number _____ <br>                                   MM / DD / YYYY <br>         District _____ When _____ Case number _____ <br>                                   MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☑ No <br> ☐ Yes. Debtor _____ Relationship _____ <br>        District _____ When _____ <br>                                       MM / DD / YYYY <br>        Case number, if known _____ |

Debtor     Ironclad Pressure Control, LLC                                         Case number *(if known)* _____
         Name

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.     Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number       Street

_____

City                                      State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.     Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99      ☐ 1,000-5,000    ☐ 5,001-10,000      ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199   ☐ 200-999     ☐ 10,001-25,000                      ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000       ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor    Ironclad Pressure Control, LLC
         Name
Case number *(if known)* _____

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/08/2023
              MM/ DD/ YYYY

X  /s/ Bailee Fernandez                              Bailee Fernandez
Signature of authorized representative of debtor    Printed name

Title                President

**18. Signature of attorney**

X            /s/ Joseph F. Postnikoff            Date  12/08/2023
Signature of attorney for debtor                       MM/ DD/ YYYY

Joseph F. Postnikoff
Printed name

Rochelle McCullough, LLP
Firm name

300 Throckmorton Street, Suite 520
Number     Street

Fort Worth                           TX          76102-2929
City                                 State       ZIP Code

(817) 347-5260                       jpostnikoff@romclaw.com
Contact phone                        Email address

16168320                             TX
Bar number                           State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **4**

Fill in this information to identify the case:

Debtor name __Ironclad Pressure Control, LLC__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/08/2023__  
            MM/ DD/ YYYY

X __/s/ Bailee Fernandez__  
Signature of individual signing on behalf of debtor

__Bailee Fernandez__  
Printed name

__President__  
Position or relationship to debtor

Official Form B202  **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: Ironclad Pressure Control, LLC

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Austin Hose<br>PO Box 9533<br>Amarillo, TX 79105 | | | | | | $31,379.22 |
| 2 | B&J Wholesale LLC<br>10810 Katy Freeway 102<br>Houston, TX 77043 | | | | | | $38,479.31 |
| 3 | C&W International Fabricators, LLc<br>300 N. Garfield 205<br>Midland, TX 79705 | | Judgment | Contingent<br>Disputed<br>Unliquidated | | | $3,998,122.00 |
| 4 | Firebird Flow Control L.L.C.<br>PO Box 13161<br>Odessa, TX 79768 | | | | | | $127,991.50 |
| 5 | GJR Meyer Service Company Inc.<br>6733 Leopard St.<br>Corpus Christi, TX 78409 | | | | | | $451,643.98 |
| 6 | Grady Rentals LLC<br>2745 South Highway 171<br>Cleburne, TX 76031 | | | | | | $14,177.50 |
| 7 | Hutch's Oilfield Supply & Equipment LLC<br>10808 W. County Rd. 100<br>Odessa, TX 79765 | | | | | | $17,996.00 |
| 8 | Indeed Oilfield Supply<br>11993 FM 529<br>Houston, TX 77041 | | | | | | $56,485.00 |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 1

Debtor     Ironclad Pressure Control, LLC                                          Case number *(if known)*
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Kelly Hart & Hallman, LLP<br>201 Main Street 2500<br>Fort Worth, TX 76102 | | | | | | $34,298.66 |
| 10 | Kindom Trinity, LLC<br>1300 South County Road 1130<br>Midland, TX 79706 | | | | | | $12,129.60 |
| 11 | Permian Production Lubricants<br>3500 Lacey Road 220<br>Downers Grove, IL 60515 | | | | | | $74,299.56 |
| 12 | Quality Carbide Inc.<br>10810 Kay Freeway 102<br>Houston, TX 77043 | | | | | | $35,567.83 |
| 13 | SCF Industrial Technology Inc.<br>26077 Nelson Way 1406<br>Katy, TX 77494 | | | | | | $33,378.00 |
| 14 | ServicePlus LLC<br>5465 Legacy Dr. 650<br>Plano, TX 75024 | | | | | | $156,349.62 |
| 15 | Steel Goode Products, LLC<br>6209 Romona Blvd.<br>Houston, TX 77086 | | | | | | $29,920.00 |
| 16 | Taylor Leasing & Rental, Inc.<br>PO Box 906<br>Louisville, MS 39339 | | | | | | $30,603.75 |
| 17 | Tech Service Products Inc.<br>5509 Jensen St.<br>New Orleans, LA 70123 | | | | | | $9,965.92 |
| 18 | The Allen Firm<br>181 S. Graham St.<br>Stephenville, TX 76401 | | | | | | $41,000.00 |
| 19 | TSI Flow Products, Inc.<br>PO Box 9182 z<br>Corpus Christi, TX 78469 | | | | | | $81,272.19 |
| 20 | Volant Xpress LLC<br>PO Box 64443<br>Lubbock, TX 79464 | | | | | | $10,385.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

Austin Hose
PO Box 9533
Amarillo, TX 79105

B&H Industrial Supplies Inc.
PO Box Boz 13135
Odessa, TX 79768

B&J Wholesale LLC
10810 Katy Freeway 102
Houston, TX 77043

BankDirect Capital Finance
150 North Field Dr 190
Lake Forest, IL 60045

Barco Rent A Truck
717 South 560D West
Salt Lake City, UT 84104

Blackbrush Investments LLC
620 W. Euclid Ave.
San Antonio, TX 78212

B-Line Filter and Supply
1509 W. Second St.
Odessa, TX 79763

C&W International Fabricators, LLc
300 N. Garfield 205
Midland, TX 79705

Chrysler Capital
Attn: Bankruptcy Dept
Po Box 961278
Fort Worth, TX 76161-1278

Coast
Celtic Bank
PO Box Box 483
New York, NY 10014

CW Services & Rentals LLC
7411 N County Rd W
Odessa, TX 79764

Exodus Energy LLC
3143 N Muskingum
Odessa, TX 79762

Firebird Flow Control L.L.C.
PO Box 13161
Odessa, TX 79768

First Corporate Solutions, As Rep
914 S. Street
Sacramento, CA 95811

First Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000

Fundthrough
PO Box Box 204882
Dallas, TX 75320-4882

GJR Meyer Service Company Inc.
6733 Leopard St.
Corpus Christi, TX 78409


Grady Rentals LLC
2745 South Highway 171
Cleburne, TX 76031


Hutch's Oilfield Supply & Equipment LLC
10808 W. County Rd. 100
Odessa, TX 79765


Indeed Oilfield Supply
11993 FM 529
Houston, TX 77041


JMP Petroleum Technologies, Inc
8111 Humble Westfield Rd.
Humble, TX 77338


Kelly Hart & Hallman, LLP
201 Main Street 2500
Fort Worth, TX 76102


Kindom Trinity, LLC
1300 South County Road 1130
Midland, TX 79706


Lone Star Gasket & Supply
PO Box 2615
Odessa, TX 79760

Mike McGraw & Partners LLC
PO Box 2988
Midland, TX 79702

Monos Logistics LLC
12018 W. Louise St.
Odessa, TX 79764

Permian Basin Drug & Alcohol Testing
PO Box 3565
Odessa, TX 79760

Permian Production Lubricants
3500 Lacey Road 220
Downers Grove, IL 60515

Quality Carbide Inc.
10810 Kay Freeway 102
Houston, TX 77043

SCF Industrial Technology Inc.
26077 Nelson Way 1406
Katy, TX 77494

ServicePlus LLC
5465 Legacy Dr. 650
Plano, TX 75024

Single Line Technologies
PO Box 1866
Tomball, TX 77377

Smart Oilfield Solutions, LLC
PO Box 968
Elk City, OK 73648

Southwest Specialty Inc.
PO Box 14194
Odessa, TX 79768

Standifer Service Company, LLC
PO Box 493
Roscoe, TX 79545

Steel Goode Products, LLC
6209 Romona Blvd.
Houston, TX 77086

Stellantis Financial Services, Inc.
Attn: Compliance Department
3065 Akers MIll Rd. 700
Atlanta, GA 30339

Taylor Leasing & Rental, Inc.
PO Box 906
Louisville, MS 39339

Tech Service Products Inc.
5509 Jensen St.
New Orleans, LA 70123

Texas Mutual Insurance Company
PO Box 841843
Dallas, TX 75284

The Allen Firm  
181 S. Graham St.  
Stephenville, TX 76401

TSI Flow Products, Inc.  
PO Box 9182 z  
Corpus Christi, TX 78469

Vista Sales & Service, Inc.  
PO Box 13964  
Odessa, TX 79768

Volant Xpress LLC  
PO Box 64443  
Lubbock, TX 79464

Wagner Supply Company  
PO Box 225387  
Dallas, TX 75222

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE: **Ironclad Pressure Control, LLC**　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___12/08/2023___　　Signature _____/s/ Bailee Fernandez_____
　　　　　　　　　　　　　　　　　　　　Bailee Fernandez, President

**United States Bankruptcy Court**
**Western District of Texas**

In re **Ironclad Pressure Control, LLC**
Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Ironclad Pressure Control, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**12/08/2023**
Date

**/s/ Joseph F. Postnikoff**
**Joseph F. Postnikoff**
Signature of Attorney or Litigant
Counsel for **Ironclad Pressure Control, LLC**
**Bar Number: 16168320**
**Rochelle McCullough, LLP**
**300 Throckmorton Street, Suite 520**
**Fort Worth, TX 76102-2929**
**Phone: (817) 347-5260**
**Email: jpostnikoff@romclaw.com**

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND DIVISION

IN RE: **Ironclad Pressure Control, LLC**

CASE NO

CHAPTER **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date 12/08/2023

/s/ Bailee Fernandez
Bailee Fernandez
President
EIN No. 9 5 3 4

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date 12/08/2023

/s/ Joseph F. Postnikoff
Joseph F. Postnikoff
Attorney