# RESOLUTION

I, Bailee Fernandez, the undersigned, Member/Manager of Ironclad Holding Group, the 100% owner of Ironclad Pressure Control, LLC, (the "Company"), do hereby certify that at a meeting of the members of the Company duly called and held on the 8th day of December, 2023, the following resolutions were adopted and recorded in the minute book of the Company after full discussion by the members on the matters to which the resolution applies, and they have not been modified or rescinded, and are still in full force and effect. Notice of the meeting was sufficient in all respects.

"RESOLVED, that notice of this meeting of the members is approved by all members of the Company and all notices and formal items related to this meeting are waived by the members; and it is

"FURTHER RESOLVED, that in the judgment of the members of the Company, it is desireable and in the best interests of the Company, its creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11, title 11 of the United States Code (the "Bankruptcy Code"); and it is

"FURTHER RESOLVED, that the Manger is hereby authorized to execute and verify such petition and all other documents associated therewith and cause the same to be filed, and to take such other action as is appropriate or necessary to seek relief under Chapter 11 of the Bankruptcy Code, and that the execution and verification of the petition is hereby ratified and adopted; and it is

"FURTHER RESOLVED, that the Company shall retain and employ all assistance by legal counsel or otherwise as deemed necessary and proper to secure for the benefit of the Company any and all relief to which it may be entitled under Chapter 11 of the Bankruptcy Code; and the Company shall engage and continue the engagement of Rochelle McCullough, LLP, as legal counsel in connection with the reorganization of the Company and to pay a retainer fee to that law firm to be agreed upon by the Manager of the Company."

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Company on this the 8th day of December, 2023.

By: /s/ _____
Bailee Fernandez, Member/Manager

Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnikoff@romclaw.com
Laurie Dahl Rea
State Bar No. 00796150
Email: laurie.rea@romclaw.com
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, Texas 76102
Telephone: 817.347.5260
Facsimile: 817.347.5269
http://www.romclaw.com

PROPOSED COUNSEL FOR DEBTOR IN POSSESSSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 23-70156 |
| | § | |
| IRONCLAD PRESSURE CONTROL, LLC, | § | In Proceedings Under Chapter 11 |
| | § | |
| Debtor. | § | |

**CORPORATE OWNERSHIP STATEMENT [Rules 1007(a)(1) and 7007.1]**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, there are no entities to report.