| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | Ironclad Pressure Control, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 23-70156 |

☑ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Austin Hose<br>PO Box 9533<br>Amarillo, TX 79105 | (806) 350-8021<br>Jo Miller<br><br>ar@austinhose.com | Trade debt | | | | $31,379.22 |
| 2 | B&J Wholesale LLC<br><br>10810 Katy Freeway 102<br>Houston, TX 77043 | (713) 542-9370<br>Jacky B. Franklin<br>(713) 783-3300<br>jacky@jackyfranklin.com | Trade debt | | | | $38,479.31 |
| 3 | C&W International Fabricators, LLC<br><br>c/o Hamm Law Group, PLLC<br>3000 N. Garfield 205<br>Midland, TX 79705 | (432) 375-6060<br>Jason Hamm<br><br>jason@permianlaw.com | Trade debt | Contingent<br>Disputed<br>Unliquidated | | | $3,998,122.00 |
| 4 | Firebird Flow Control L.L.C.<br>PO Box 13161<br>Odessa, TX 79768 | (432) 770-7486<br>matt@firebirdfc.com<br>Matthew Bowhay | Trade debt | | | | $127,991.50 |
| 5 | First Insurance Funding<br>PO Box 7000<br>Carol Stream, IL 60197-7000 | CSR R<br>(800) 837-3707<br>csr@firstinsurancefunding.com | Trade debt | | | | $21,222.90 |
| 6 | GJR Meyer Service Company Inc.<br><br>6733 Leopard St.<br>Corpus Christi, TX 78409 | (361) 289-2130<br>Patricia Torres<br><br>ptorres@meyernow.com | Trade debt | | | | $451,643.98 |
| 7 | Hutch's Oilfield Supply & Equipment LLC<br><br>10808 W. County Rd. 100<br>Odessa, TX 79765 | (325) 338-3811<br>Amanda Hutchinson<br><br>amanda@hutchose.com | Trade debt | | | | $17,996.00 |
| 8 | Indeed Oilfield Supply<br><br>11993 FM 529<br>Houston, TX 77041 | (832) 596-5084<br>Leonarda Garcia<br><br>nila@indeedoilfield.com | Trade debt | | | | $56,485.00 |

| Debtor | Ironclad Pressure Control, LLC | Case number *(if known)* | 23-70156 |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Kelly Hart & Hallman, LLP 201 Main Street 2500 Fort Worth, TX 76102 | (817) 332-2500 Laura Marsden laura.marsden@kellyhart.com | Professional Services | | | | $34,298.66 |
| 10 | Mike McGraw & Partners LLC PO Box 2988 Midland, TX 79702 | (432) 557-9545 Mike McGraw mmcgraw@mmpconsulting.com | Contract Labor | | | | $29,725.00 |
| 11 | Permian Production Lubricants 3500 Lacey Road 220 Downers Grove, IL 60515 | (630) 931-4811 Kim Groberski k.groberski.collect@atradius.com | Trade debt | | | | $74,299.56 |
| 12 | Quality Carbide Inc. 10810 Kay Freeway 102 Houston, TX 77043 | (713) 542-9370 Jacky B. Franklin (713) 783-3300 jacky@jackyfranklin.com | Trade debt | | | | $35,567.83 |
| 13 | SCF Industrial Technology Inc. 26077 Nelson Way 1406 Katy, TX 77494 | (281) 920-9122 Gao Gavin ggao@scf-inc.com | Trade debt | | | | $33,378.00 |
| 14 | ServicePlus LLC 5465 Legacy Dr. 650 Plano, TX 75024 | (214) 500-2580 Hal Wallace hal@ryanandjacobs.com | Trade debt | | | | $156,349.62 |
| 15 | Single Line Technologies PO Box 1866 Tomball, TX 77377 | (325) 829-2220 Brent Stroebel brent.stroebel@elcenergy.com | Trade debt | | | | $340,965.41 |
| 16 | Smart Oilfield Solutions, LLC PO Box 968 Elk City, OK 73648 | (580) 821-2475 Tawni Frank tfrank@sosllc.com | Trade debt | | | | $88,757.75 |
| 17 | Standifer Service Company, LLC PO Box 493 Roscoe, TX 79545 | (325) 338-1178 Eloy Herrera eloy.herrera@sesco-bolting.com | Trade debt | | | | $110,355.73 |
| 18 | Steel Goode Products, LLC 6209 Romona Blvd. Houston, TX 77086 | (713) 487-1366 Karina Suarez ar@steelgoode.com | Trade debt | | | | $29,920.00 |
| 19 | Taylor Leasing & Rental, Inc. PO Box 906 Louisville, MS 39339 | (325) 238-1178 Taylor Oakley accounts_receivable@taylorbigred.com | Trade debt | | | | $30,603.75 |
| 20 | TSI Flow Products, Inc. PO Box 9182 z Corpus Christi, TX 78469 | (806) 350-8021 Mary Moreno mmoreno@tsifp.com | Trade debt | | | | $81,272.19 |