**Fill in this information to identify the case:**

Debtor Name   **Ironclad Pressure Control, LLC**

United States Bankruptcy Court for the:   **Western**   District of   **Texas**
                                                                    (State)

Case number (If known):   **23-70156**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | American Momentum Bank | Checking account | 1 4 7 9 | $85.25 |
| 3.2. | Amarillo National Bank | Checking account | 3 4 3 8 | $4,995.03 |
| 3.3. | Amarillo National Bank | Checking account | 3 4 6 6 | $0.00 |
| 3.4. | American Momentum Bank | Checking account | 1 4 6 0 | $0.41 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____

   4.2 _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$5,080.69**

## Part 2:   Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

| Debtor | Ironclad Pressure Control, LLC | Case number *(if known)* 23-70156 |
|---|---|---|
| | Name | |

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1  Blackbrush Investments LLC (Lease security deposit) — $25,500.00

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  KC Light Towers, LLC (Partial prepayment for equipment) — $22,500.00

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$48,000.00

---

**Part 3:** Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11.** **Accounts receivable**

11a. 90 days old or less:   $42,087.62   -   unknown   =.....➔   $42,087.62
                           face amount       doubtful or uncollectible accounts

11b. Over 90 days old:   _____   -   _____   =.....➔   _____
                         face amount       doubtful or uncollectible accounts

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$42,087.62

---

**Part 4:** Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____   _____   _____

14.2 _____   _____   _____

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:          % of ownership:

15.1 _____   _____   _____   _____

15.2 _____   _____   _____   _____

---

| Debtor | __Ironclad Pressure Control, LLC__ | Case number *(if known)* __23-70156__ |
|---|---|---|
| | Name | |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____     _____     _____

16.2 _____     _____     _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | | | | |
|---|---|---|---|---|

**Part 5:**   Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20.** **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22.** **Other inventory or supplies** | | | | |
| Inventory / Supplies | MM / DD / YYYY | $125,299.50 | | $125,299.50 |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| $125,299.50 |

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

| Debtor | Ironclad Pressure Control, LLC | Case number *(if known)* 23-70156 |
|---|---|---|
| | Name | |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment: and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| Debtor | **Ironclad Pressure Control, LLC** | Case number *(if known)* **23-70156** |
|---|---|---|
| | Name | |

| | General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | Office Furniture | **unknown** | | **$3,000.00** |
| 40. | **Office fixtures** | | | |
| | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Office Equipment, Computer Equipment and Communication Systems Equipment and Software | **unknown** | | **$3,500.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7**<br>Add lines 39 through 42. Copy the total to line 86. | | | **$6,500.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| | General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 **2022 Dodge Ram 2500 VIN 3C6UR5CL2NG387896 / VIN:** 3C6UR5CL2NG387896 | **$44,983.00** | | **$44,983.00** |
| | 47.2 **2022 Dodge Ram 2500 VIN 3C6UR5CLXHG394384 / VIN:** 3C6UR5CLXHG394384 | **$44,798.00** | | **$44,798.00** |
| | 47.3 **2022 Dodge Ram 2500 VIN 3CRUR5CL2NG370712 / VIN:** 3CRUR5CL2NG370712 | **$44,798.00** | | **$44,798.00** |

| Debtor | **Ironclad Pressure Control, LLC** | Case number *(if known)* **23-70156** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 47.4 | **2022 Dodge Ram 2500 VIN 3C6UR5CL2NG418113** / VIN: 3C6UR5CL2NG418113 | $44,983.00 | $44,983.00 |
| 47.5 | **2022 Dodge Ram 2500 VIN 3CRUR5DL3HG404655** / VIN: 3CRUR5DL3HG404655 | $49,031.00 | $49,031.00 |
| 47.6 | **2022 Dodge Ram 2500 VIN 3CRUR5DL1PG500495** / VIN: 3CRUR5DL1PG500495 VIN 3CRUR5DL1PG500495 | $48,444.00 | $48,444.00 |
| 47.7 | **2023 Chevrolet Silverado** / VIN: 3GCUDFEL7PG337069 Leased Truck | $0.00 | $0.00 |
| 47.8 | **2024 Chevrlet Silverado** / VIN: 2GC1YPEY1R11004048 Leased Truck | $0.00 | $0.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | **2023 PJ F81** / VIN: 3CV1C2325P2657217 Trailer | $9,695.00 | $6,943.20 |

49. **Aircraft and accessories**

49.1 _____

49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | **Machinery, fixtures, and equipment** | $5,100,000.00 | $3,560,000.00 |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.  | $3,843,980.20 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Leased Real Property** / 16690 W. Basin Street Odessa, TX 79763 | **Lease** | $0.00 | | $0.00 |

| Debtor | Ironclad Pressure Control, LLC | Case number *(if known)* 23-70156 |
|---|---|---|
| | Name | |

| 55.2 | Real Property described as 5616 E County Road 95 / 5616 E County Road 95 Midland, TX 79706-2401 | Fee Simple | $1,175,000.00 | | $1,190,660.00 |
|---|---|---|---|---|---|

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$1,190,660.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| **61.** **Internet domain names and websites** | | | |
| Email Domain Name | $1,000.00 | | $1,000.00 |
| **62.** **Licenses, franchises, and royalties** | | | |
| | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| Customer Lists | $1,000.00 | | $1,000.00 |
| **64.** **Other intangibles, or intellectual property** | | | |
| | | | |
| **65.** **Goodwill** | | | |
| | | | |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

$2,000.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

| Debtor | **Ironclad Pressure Control, LLC** | | Case number *(if known)* **23-70156** |
|---|---|---|---|
| | Name | | |

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | All other assets |
|---|---|

**70.  Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71.  Notes receivable**

Description (include name of obligor)

_____ _____ – _____ = ➡ _____
                       Total face amount   doubtful or uncollectible amount

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____
_____  Tax year _____  _____
_____  Tax year _____  _____

**73.  Interests in insurance policies or annuities**

_____  _____

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  _____

Nature of claim       _____

Amount requested   _____

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**C&W International Fabricators** _____  _____ **unknown**

Nature of claim       **Breach of Contract; Tortious interference with contracts**

Amount requested           **unknown**

**76.  Trusts, equitable or future interests in property**

_____  _____

**77.  Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| Debtor | Ironclad Pressure Control, LLC | Case number *(if known)* 23-70156 |
|---|---|---|
| | Name | |

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $5,080.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $48,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $42,087.62 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $125,299.50 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,843,980.20 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➡ | | $1,190,660.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* ＋ | unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column* ..........91a. | $4,072,948.01 | ＋ 91b. $1,190,660.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....... | | $5,263,608.01 |

Fill in this information to identify the case:

Debtor name    Ironclad Pressure Control, LLC

United States Bankruptcy Court for the:      Western    District of    Texas

                                    (State)

Case number (if known):    23-70156

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**  **Creditor's name**

   Chrysler Capital

**Creditor's mailing address**

   Attn: Bankruptcy Dept

   Po Box 961278

   Fort Worth, TX 76161-1278

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    6  4  2  6

**Do multiple creditors have an interest in the same property?**

   ☑ No

   ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

   2022 Dodge Ram 2500 VIN 3CRUR5DL3HG404655

**Describe the lien**

   Purchase Money

**Is the creditor an insider or related party?**

   ☑ No

   ☐ Yes

**Is anyone else liable on this claim?**

   ☐ No

   ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

   ☐ Contingent

   ☐ Unliquidated

   ☐ Disputed

Column A: $61,388.00     Column B: $49,031.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

   $1,805,869.61

| Debtor | Ironclad Pressure Control, LLC | Case number (if known) | 23-70156 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

Chrysler Capital

**Creditor's mailing address**

Attn: Bankruptcy Dept.

Po Box 961278

Fort Worth, TX 76161-1278

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  6 7 3 2

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**           $66,143.12           $48,444.00

2022 Dodge Ram 2500 VIN 3CRUR5DL1PG500495

**Describe the lien**

Purchase Money

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Ironclad Pressure Control, LLC | Case number (if known) | 23-70156 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

FundThrough USA Inc.

**Creditor's mailing address**

PO Box 204882

Dallas, TX 75320-4882

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Customer Lists, Office Equipment, Computer Equipment and Communication Systems Equipment and Software, Email Domain Name, Blackbrush Investments LLC (Lease security deposit), Accounts receivable under 90 days, Inventory / Supplies, Office Furniture, Machinery, fixtures, and equipment

**Describe the lien**

UCC-1 lien against all untitled personal property

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

| | $329,614.00 | $3,761,387.12 |
|---|---|---|

| Debtor | Ironclad Pressure Control, LLC | Case number (if known) 23-70156 |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

Greenwood ISD

**Creditor's mailing address**

c/o Laura J. Monroe
Perdue Brandon

Po Box 817

Lubbock, TX 79408-0817

**Creditor's email address, if known**

**Date debt was incurred**    January 2023

**Last 4 digits of account number**    5 3 1 5

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Greenwood ISD**; 2) Midland County; 3) Midland County Utility District; 4) Kingdom Trinity, LLC

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Statutory Lien on Real Property

**Describe debtor's property that is subject to a lien**    $12,490.02    $1,190,660.00

Real Property described as 5616 E County Road 95

**Describe the lien**

Statutory Lien for 2023 Ad Valorem Property Taxes

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Ironclad Pressure Control, LLC | Case number (if known) | 23-70156 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

---

**2.5** | **Creditor's name**

Kingdom Trinity, LLC

**Describe debtor's property that is subject to a lien**

Real Property described as 5616 E County Road 95

$1,104,194.00     $1,190,660.00

**Creditor's mailing address**

1300 South County Road 1130

Midland, TX 79706

**Describe the lien**

Deed of Trust

**Creditor's email address, if known**

Brett@kingdomdeveloperstx.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     July 18, 2023

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**     4  6  0  0

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

  ☑ Yes. The relative priority of creditors is specified on lines  2.4

---

| Debtor | Ironclad Pressure Control, LLC | Case number (if known) | 23-70156 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.6** Creditor's name

Midland County

**Creditor's mailing address**

c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins

PO Box 817

Lubbock, TX 79408

**Creditor's email address, if known**

_____

| **Date debt was incurred** | January 2023 |
|---|---|

| **Last 4 digits of account number** | 5  3  1  5 |
|---|---|

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines  2.4

**Describe debtor's property that is subject to a lien**

Real Property described as 5616 E County Road 95

**Describe the lien**

Statutory Lien for 2023 Ad Valorem Property Taxes

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: $1,433.91

Value of collateral: $1,190,660.00

| Debtor | Ironclad Pressure Control, LLC | Case number (if known) | 23-70156 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**

Midland County Utility District

**Creditor's mailing address**

c/o Laura J. Monroe
Perdue Brandon Fielder

PO Box 817

Lubbock, TX 79408

**Creditor's email address, if known**

| | |
|---|---|
| **Date debt was incurred** | January 2023 |
| **Last 4 digits of account number** | 5 3 1 5 |

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines  2.4

**Describe debtor's property that is subject to a lien**

Real Property described as 5616 E County Road 95

$350.00     $1,190,660.00

**Describe the lien**

Statutory Lien for 2023 Ad Valorem Property Taxes

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Ironclad Pressure Control, LLC | Case number (if known) 23-70156 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — Do not deduct the value of collateral.

**2.8** **Creditor's name**

Stellantis Financial Services, Inc.

**Creditor's mailing address**

Attn: Compliance Department

3065 Akers Mlll Rd. 700

Atlanta, GA 30339

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  0 0 0 1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Dodge Ram 2500 VIN 3C6UR5CL2NG387896

**Describe the lien**

Purchase Money

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $59,381.99 | $44,983.00 |

| Debtor | Ironclad Pressure Control, LLC | Case number (if known) | 23-70156 |
|---|---|---|---|
| | Name | | |

---

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.9** **Creditor's name**

Stellantis Financial Services, Inc.

**Creditor's mailing address**

Attn: Compliance Department

3065 Akers Mill Rd. 700

Atlanta, GA 30339

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**          0  0  0  0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Dodge Ram 2500 VIN 3C6UR5CLXHG394384

**Describe the lien**

Purchase Money

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $52,954.79 | $44,798.00 |
|---|---|

| Debtor | Ironclad Pressure Control, LLC | Case number (if known) 23-70156 |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.10 Creditor's name**

Stellantis Financial Services, Inc.

**Creditor's mailing address**

Attn: Compliance Department

3065 Akers Mill Rd. 700

Atlanta, GA 30339

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** 0 0 0 0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Dodge Ram 2500 VIN 3CRUR5CL2NG370712

**Describe the lien**

Purchase Money

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$65,028.10

$44,798.00

| Debtor | Ironclad Pressure Control, LLC | Case number (if known) 23-70156 |
|---|---|---|
| | Name | |

---

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.11  Creditor's name**

Stellantis Financial Services, Inc.

**Creditor's mailing address**

Attn: Compliance Department

3065 Akers Mill Rd. 700

Atlanta, GA 30339

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**          0  0  0  1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Dodge Ram 2500 VIN 3C6UR5CL2NG418113

**Describe the lien**

Purchase Money

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $52,891.68 | $44,983.00 |
|---|---|

| Debtor | Ironclad Pressure Control, LLC | Case number (if known) 23-70156 |
|---|---|---|
| | Name | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| First Corporate Solutions, As Representative<br>914 S. Street<br>Sacramento, CA 95811 | Line 2. _3_ | ___ ___ ___ ___ |
| The Allen Firm<br>181 S. Graham St.<br>Stephenville, TX 76401 | Line 2. _5_ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Ironclad Pressure Control, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 23-70156 |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

Abelardo Rojero

108 N Sam Houston Ave

Odessa, TX 79761

**Date or dates debt was incurred**

11/26/2023

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$1,212.45**     Priority amount: **$1,212.45**

**2.2** **Priority creditor's name and mailing address**

Bailee Rivas-Fernandez

16690 W Basin St

Odessa, TX 79763

**Date or dates debt was incurred**

11/26/2023

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$5,769.23**     Priority amount: **$5,769.23**

| Debtor | **Ironclad Pressure Control, LLC** | | Case number *(if known)* | **23-70156** |
|---|---|---|---|---|
| | Name | | | |

## Part 1: Additional Page

**2.3** Priority creditor's name and mailing address

Benjamin Mota

1007 S Congress Ave 644

Austin, TX 78704

**Date or dates debt was incurred**

11/26/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: **$10,615.38**     **$10,615.38**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

Bladimir Serrano

1502 W 18th St

Odessa, TX 79763

**Date or dates debt was incurred**

11/26/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: **$11,876.94**     **$11,876.94**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address

Ermelinda Rivas

307 Park Plz

San Antonio, TX 78237-1335

**Date or dates debt was incurred**

11/26/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: **$2,884.62**     **$2,884.62**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Ironclad Pressure Control, LLC | Case number *(if known)* | 23-70156 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

### 2.6

**Priority creditor's name and mailing address**

Internal Revenue Service

Special Procedures-Insolvency

P.O. Box 7346

Philadelphia, PA 19101

**Date or dates debt was incurred**

2023

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the Claim:**
2023 Forms 940/941

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$30,000.00          $30,000.00

### 2.7

**Priority creditor's name and mailing address**

Jan Baeza

607 W Estes Ave

Midland, TX 79701

**Date or dates debt was incurred**

11/26/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,823.75          $1,823.75

### 2.8

**Priority creditor's name and mailing address**

Jose Baeza

600 S Benton St

Midland, TX 79701

**Date or dates debt was incurred**

11/26/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,542.87          $2,542.87

| Debtor | **Ironclad Pressure Control, LLC** | Case number *(if known)* | **23-70156** |
|---|---|---|---|
| | Name | | |

---

## Part 1: Additional Page

| **2.9** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,432.69 | $1,432.69 |
|---|---|---|---|---|

**Jovanni Baeza**

**607 W Estes Ave**

**Midland, TX 79701**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**11/26/2023**

**Basis for the Claim:**

**Wages**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

| **2.10** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,384.62 | $1,384.62 |
|---|---|---|---|---|

**Robert Fernandez**

**307 Park Plaza**

**San Antonio, TX 78237**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**11/26/2023**

**Basis for the Claim:**

**Wages**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

| **2.11** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $56,841.00 | $56,841.00 |
|---|---|---|---|---|

**Texas Comptroller Of Public Accounts**

**State Comptroller of Public Accounts Revenue Accounting Division-Bankruptcy Section**

**P.O. Box 13528**

**Austin, TX 78711**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**2023**

**Basis for the Claim:**

**Sales and Use Tax**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

---

| Debtor | **Ironclad Pressure Control, LLC** | Case number *(if known)* | **23-70156** |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**2.12** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,462.00** | **$21,462.00**

**Texas Workforce Commission**

**TEC Building- Bankruptcy**

**101 E. 15th Street**

**Austin, TX 78778**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**2023**

**Basis for the Claim:**

**Payroll Taxes**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

| Debtor | **Ironclad Pressure Control, LLC** | | Case number *(if known)* | 23-70156 |
|---|---|---|---|---|
| | Name | | | |

<div style="background:black;color:white">**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims</div>

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**Atmos Energy**

**Po Box 650205**

**Dallas, TX 75265-0205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

$156.99

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.2** Nonpriority creditor's name and mailing address

**Austin Hose**

**PO Box 9533**

**Amarillo, TX 79105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

$31,379.22

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.3** Nonpriority creditor's name and mailing address

**B&H Industrial Supplies Inc.**

**PO Box Boz 13135**

**Odessa, TX 79768**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

$8,414.36

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.4** Nonpriority creditor's name and mailing address

**B&J Wholesale LLC**

**10810 Katy Freeway 102**

**Houston, TX 77043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

$38,479.31

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | **Ironclad Pressure Control, LLC** | | Case number *(if known)* | **23-70156** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

### 3.5

**Nonpriority creditor's name and mailing address**

**BankDirect Capital Finance**

**150 North Field Dr 190**

**Lake Forest, IL 60045**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $7,981.98

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**

☒ No
☐ Yes

---

### 3.6

**Nonpriority creditor's name and mailing address**

**Barco Rent A Truck**

**717 S 5600 West**

**Salt Lake City, UT 84104**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $3,040.56

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

### 3.7

**Nonpriority creditor's name and mailing address**

**B-Line Filter and Supply**

**1509 W. Second St.**

**Odessa, TX 79763**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $3,599.75

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**

☒ No
☐ Yes

---

### 3.8

**Nonpriority creditor's name and mailing address**

**C&W International Fabricators, LLC**

**c/o Hamm Law Group, PLLC**

**3000 N. Garfield 205**

**Midland, TX 79705**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $3,998,122.00

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| Debtor | **Ironclad Pressure Control, LLC** | Case number *(if known)* | **23-70156** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.9**

**Nonpriority creditor's name and mailing address**

**Coast**

**Celtic Bank**

**PO Box 483**

**New York, NY 10014**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** _$2,757.15_
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Cotton, Bledsoe, Tighe & Dawson, P.C.**

**500 W Illinois Ave 300**

**Midland, TX 79701**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** _unknown_
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11**

**Nonpriority creditor's name and mailing address**

**CW Services & Rentals LLC**

**7411 N County Rd W**

**Odessa, TX 79764**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** _$10,068.00_
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Double Eagle Energy Holdings IV, LLC**

**DE IV Operating, LLC**

**3724 Hulen Street**

**Fort Worth, TX 76107**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** _unknown_
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Ironclad Pressure Control, LLC** | Case number *(if known)* | **23-70156** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.13
**Nonpriority creditor's name and mailing address**

Exodus Energy LLC

3143 N Muskingum

Odessa, TX 79762

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.14
**Nonpriority creditor's name and mailing address**

Firebird Flow Control L.L.C.

PO Box 13161

Odessa, TX 79768

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $127,991.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.15
**Nonpriority creditor's name and mailing address**

First Insurance Funding

PO Box 7000

Carol Stream, IL 60197-7000

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $34,484.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☐ No
☑ Yes

### 3.16
**Nonpriority creditor's name and mailing address**

GJR Meyer Service Company Inc.

6733 Leopard St.

Corpus Christi, TX 78409

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $451,643.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Ironclad Pressure Control, LLC** | Case number *(if known)* | **23-70156** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.17** Nonpriority creditor's name and mailing address

Grady Rentals LLC

2745 South Highway 171

Cleburne, TX 76031

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$14,177.50

---

**3.18** Nonpriority creditor's name and mailing address

Hutch's Oilfield Supply & Equipment LLC

10808 W. County Rd. 100

Odessa, TX 79765

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$17,996.00

---

**3.19** Nonpriority creditor's name and mailing address

Indeed Oilfield Supply

11993 FM 529

Houston, TX 77041

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$56,485.00

---

**3.20** Nonpriority creditor's name and mailing address

JMP Petroleum Technologies, Inc

8111 Humble Westfield Rd.

Humble, TX 77338

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$8,324.00

| Debtor | **Ironclad Pressure Control, LLC** | Case number *(if known)* | **23-70156** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

**3.21** Nonpriority creditor's name and mailing address

Kelly Hart & Hallman, LLP

201 Main Street 2500

Fort Worth, TX 76102

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $34,298.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Professional Services

Is the claim subject to offset?
☑ No
☐ Yes

**3.22** Nonpriority creditor's name and mailing address

Lone Star Gasket & Supply

PO Box 2615

Odessa, TX 79760

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $69.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address

Mike McGraw & Partners LLC

PO Box 2988

Midland, TX 79702

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $29,725.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contract Labor

Is the claim subject to offset?
☑ No
☐ Yes

**3.24** Nonpriority creditor's name and mailing address

Monos Logistics LLC

12018 W. Louise St.

Odessa, TX 79764

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $1,125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Ironclad Pressure Control, LLC** | Case number *(if known)* | **23-70156** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.25** Nonpriority creditor's name and mailing address

**Permian Basin Drug & Alcohol Testing**

**PO Box 3565**

**Odessa, TX 79760**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$897.34**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

**Permian Production Lubricants**

**3500 Lacey Road 220**

**Downers Grove, IL 60515**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$74,299.56**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

**Quality Carbide Inc.**

**10810 Kay Freeway 102**

**Houston, TX 77043**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$35,567.83**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

**Republic Services**

**Attn: Customer Contracts**

**18500 N. Allied Way**

**Phoenix, AZ 85054**

Date or dates debt was incurred _____

Last 4 digits of account number  4  9  0  3

As of the petition filing date, the claim is: **$1,865.10**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Ironclad Pressure Control, LLC** | Case number *(if known)* | **23-70156** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**3.29**

Nonpriority creditor's name and mailing address

**SCF Industrial Technology Inc.**

**26077 Nelson Way 1406**

**Katy, TX 77494**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$33,378.00

**3.30**

Nonpriority creditor's name and mailing address

**ServicePlus LLC**

**5465 Legacy Dr. 650**

**Plano, TX 75024**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$156,349.62

**3.31**

Nonpriority creditor's name and mailing address

**Single Line Technologies**

**PO Box 1866**

**Tomball, TX 77377**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$340,965.41

**3.32**

Nonpriority creditor's name and mailing address

**Smart Oilfield Solutions, LLC**

**PO Box 968**

**Elk City, OK 73648**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$88,757.75

| Debtor | **Ironclad Pressure Control, LLC** | | Case number *(if known)* | **23-70156** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

### 3.33

**Nonpriority creditor's name and mailing address**

Southwest Specialty Inc.

PO Box 14194

Odessa, TX 79768

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,384.69

---

### 3.34

**Nonpriority creditor's name and mailing address**

Standifer Service Company, LLC

PO Box 493

Roscoe, TX 79545

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$50,634.20

---

### 3.35

**Nonpriority creditor's name and mailing address**

Steel Goode Products, LLC

6209 Romona Blvd.

Houston, TX 77086

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,920.00

---

### 3.36

**Nonpriority creditor's name and mailing address**

Taylor Leasing & Rental, Inc.

PO Box 906

Louisville, MS 39339

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,603.75

| Debtor | **Ironclad Pressure Control, LLC** | Case number *(if known)* | **23-70156** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.37** Nonpriority creditor's name and mailing address

Tech Service Products Inc.

5509 Jensen St.

New Orleans, LA 70123

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $9,965.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

Texas Mutual Insurance Company

PO Box 841843

Dallas, TX 75284

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $1,064.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.39** Nonpriority creditor's name and mailing address

TSI Flow Products, Inc.

PO Box 9182 z

Corpus Christi, TX 78469

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $81,272.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

Vista Sales & Service, Inc.

PO Box 13964

Odessa, TX 79768

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $9,560.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Ironclad Pressure Control, LLC** | Case number *(if known)* | **23-70156** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,385.00** |
|---|---|---|---|

Volant Xpress LLC

PO Box 64443

Lubbock, TX 79464

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$894.00** |
|---|---|---|---|

Wagner Supply Company

PO Box 225387

Dallas, TX 75222

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **Ironclad Pressure Control, LLC** | Case number *(if known)* | **23-70156** |
|---|---|---|---|
| | Name | | |

**Part 3:** List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Atradius Collections Inc.**<br>**3500 Lacey Road 220**<br>**Downers Grove, IL 60515** | Line **3.26**<br>☐ Not listed. Explain | __ __ __ __ |
| 4.2 **Christopher N. Hanno**<br>**Stephenson Fournier**<br>**3355 West Alabama 640**<br>**Houston, TX 77098** | Line **3.31**<br>☐ Not listed. Explain | __ __ __ __ |
| 4.3 **Jacky B. Franklin**<br>**Law Offices of Jacky B. Franklin**<br>**10810 Katy Fwy Ste 102**<br>**Houston, TX 77043-5013** | Line **3.4**<br>☐ Not listed. Explain | __ __ __ __ |
| 4.4 **Jacky B. Franklin**<br>**Law Offices of Jacky B. Franklin**<br>**10810 Katy Fwy Ste 102**<br>**Houston, TX 77043-5013** | Line **3.27**<br>☐ Not listed. Explain | __ __ __ __ |
| 4.5 **Jason Hamm**<br>**Hamm Law Group, PLLC**<br>**3000 N. Garfield 300**<br>**Midland, TX 79705** | Line **3.8**<br>☐ Not listed. Explain | __ __ __ __ |
| 4.6 **Johnston, Todd J.**<br>**McWhorter, Cobb & Johnson, LLC**<br>**Po Box 2547**<br>**Lubbock, TX 79408-2547** | Line **3.8**<br>☐ Not listed. Explain | __ __ __ __ |
| 4.7 **Ryan & Jacobs**<br>**5465 Legacy Dr. 650**<br>**Plano, TX 75024** | Line **3.30**<br>☐ Not listed. Explain | __ __ __ __ |

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Ironclad Pressure Control, LLC** | Case number *(if known)* | **23-70156** |
|---|---|---|---|
| | Name | | |

---

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

---

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$147,845.55** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$5,845,434.62** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$5,993,280.17** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Ironclad Pressure Control, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 23-70156     Chapter    11 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Premium Finance | BankDirect Capital Finance |
| | | Contract to be ASSUMED | 150 North Field Dr 190 |
| | State the term remaining | 0 months | Lake Forest, IL 60045 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Trucks Lease (2 vehicles) | Barco Rent A Truck |
| | | Contract to be ASSUMED | 717 South 560D West |
| | State the term remaining | 0 months | Salt Lake City, UT 84104 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease of Building | Blackbrush Investments LLC |
| | | Contract to be ASSUMED | 620 W Euclid Ave |
| | State the term remaining | 52 months | San Antonio, TX 78212 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Premium Finance | First Insurance Funding |
| | | Contract to be ASSUMED | PO Box 7000 |
| | State the term remaining | 4 months | Carol Stream, IL 60197-7000 |
| | List the contract number of any government contract | | |

| Debtor | Ironclad Pressure Control, LLC | Case number *(if known)* | 23-70156 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest: Factoring Agreement / Contract to be ASSUMED<br><br>State the term remaining: 0 months<br><br>List the contract number of any government contract: | Fundthrough USA, Inc.<br>3730 Kirby Drive 1200<br>Houston, TX 77098 |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest: Purchase Order / Contract to be REJECTED<br><br>State the term remaining: 0 months<br><br>List the contract number of any government contract: | KC Light Towers, LLC<br>Po Box 1688<br>Artesia, NM 88211-1688 |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest: Premium Finance Worker's Compensation Insurance / Contract to be ASSUMED<br><br>State the term remaining: 8 months<br><br>List the contract number of any government contract: | Texas Mutual Insurance Company<br>PO Box 841843<br>Dallas, TX 75284 |

**Fill in this information to identify the case:**

Debtor name _____Ironclad Pressure Control, LLC_____

United States Bankruptcy Court for the:
_____Western District of Texas_____

Case number (if known): _____23-70156_____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals
**12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..................................................................................
   | $1,190,660.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................
   | $4,072,948.01 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................
   | $5,263,608.01 |

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................
   | $1,805,869.61 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................
   | $147,845.55 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................
   | + $5,845,434.62 |

4. **Total liabilities**.................................................................................................................
   | $7,799,149.78 |
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name __**Ironclad Pressure Control, LLC**__

United States Bankruptcy Court for the: __**Western**__ District of __**Texas**__
(State)

Case number (If known): __**23-70156**__

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.   Does the debtor have any codebtors?**

☐   No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑   Yes

**2.   In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** Alyssa Trevino | 447 Wake Forrest Street | Chrysler Capital | ☑ D<br>☐ E/F<br>☐ G |
| | San Antonio, TX 78228<br>City          State          ZIP Code | Stellantis Financial Services, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| | | Stellantis Financial Services, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| | | Stellantis Financial Services, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| | | Stellantis Financial Services, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| | | Chrysler Capital | ☑ D<br>☐ E/F<br>☐ G |
| **2.2** Charles Rameriz | 447 Wake Forrest Street | Chrysler Capital | ☑ D<br>☐ E/F<br>☐ G |
| | San Antonio, TX 78228<br>City          State          ZIP Code | Stellantis Financial Services, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| | | Stellantis Financial Services, Inc. | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | **Ironclad Pressure Control, LLC** | Case number (if known) | **23-70156** |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | | Stellantis Financial Services, Inc. | ☑ D ☐ E/F ☐ G |
| | | | Stellantis Financial Services, Inc. | ☑ D ☐ E/F ☐ G |
| | | | Chrysler Capital | ☑ D ☐ E/F ☐ G |
| 2.3 | Ermelinda Rivas | 307 Park Plaza<br>Street<br><br>Austin, TX 78737<br>City          State          ZIP Code | FundThrough USA Inc. | ☑ D ☐ E/F ☐ G |
| 2.4 | _____ | Street<br><br>City          State          ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 | _____ | Street<br><br>City          State          ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ | Street<br><br>City          State          ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name _____Ironclad Pressure Control, LLC_____

United States Bankruptcy Court for the:
_____Western District of Texas_____

Case number (if known): _____23-70156_____  Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. Real Property:
   Copy line 88 from *Schedule A/B*.............................................................. | $1,190,660.00

   1b. Total personal property:
   Copy line 91A from *Schedule A/B*.............................................................. | $4,072,948.01

   1c. Total of all property:
   Copy line 92 from *Schedule A/B*.............................................................. | $5,263,608.01

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $1,805,869.61

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. | $147,845.55

   3b. Total amount of claims of non-priority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... | **+** $5,845,434.62

4. **Total liabilities**..................................................................................................... | $7,799,149.78
   Lines 2 + 3a + 3b