Fill in this information to identify the case:

Debtor name     Ironclad Pressure Control, LLC

United States Bankruptcy Court for the:     Western District of Texas

Case number (if known):     23-70156

☐ Check if this is an amended filing

## Official Form 207

### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM/DD/YYYY | to Filing date | ☑ Operating a business<br>☑ Other _____ | $5,158,913.72 |
| **For prior year:** | From 01/01/2022<br>MM/DD/YYYY | to 12/31/2022<br>MM/DD/YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For the year before that:** | From 01/01/2021<br>MM/DD/YYYY | to 12/31/2021<br>MM/DD/YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM/DD/YYYY | to Filing date | | |
| **For prior year:** | From 01/01/2022<br>MM/DD/YYYY | to 12/31/2022<br>MM/DD/YYYY | | |
| **For the year before that:** | From 01/01/2021<br>MM/DD/YYYY | to 12/31/2021<br>MM/DD/YYYY | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | C&W International Fabricators, LLC<br>5855 Cunningham Rd<br>Houston, TX 77041-4701 | 10/13/2023 | $208,705.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. | ServicePlus LLC<br>5465 Legacy Dr. 650<br>Plano, TX 75024 | 9/22/2023<br>11/13/2023 | $102,334.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.3. | Standifer Service Company, LLC<br>PO Box 493<br>Roscoe, TX 79545 | 11/14/2023 | $75,932.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.4. | Torqmaster<br>Po Box 270<br>Bee Branch, AR 72013-0270 | 9/9/2023 | $98,357.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.5. | TXP Capital<br>PO Box 64443<br>Lubbock, TX 79464 | 9/9/2023 | $31,255.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

Debtor: Ironclad Pressure Control, LLC  
23-70156-smr Doc#24 Filed 12/22/23 Entered 12/22/23 19:28:13 Main Document Pg 3 of 19  
Case number (if known): 23-70156

| # | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.6. | Kingdom Trinity, LLC<br>1300 South County Road 1130<br>Midland, TX 79706 | 9/9/2023 - 12/08/2023 | $35,233.60 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.7. | Quality Carbide Inc.<br>10810 Katy Freeway<br>Houston, TX 77043 | 9/09/2023 - 12/08/2023 | $16,129.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.8. | BankDirect Capital Finance<br>150 North Field Dr 190<br>Lake Forest, IL 60045 | 9/9/2023-12/08/2023 | $15,938.96 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.9. | Barco Rent A Truck<br>717 South 560D West<br>Salt Lake City, UT 84104 | 09/09/2023-12/08/2023 | $28,044.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.10. | Elda Molinar<br>PO Box 704<br>Odessa, TX 79760 | 10/11/2023 | $50,000.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.11. | Blackbrush Investments LLC<br>620 W Euclid Ave<br>San Antonio, TX 78212 | 9/9/2023-12/08/2023 | $139,485.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Commercial Lease Dues |
| 3.12. | Single Line Technologies<br>PO Box 1866<br>Tomball, TX 77377 | 9/9/2023-12/08/2023 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

3.13. **First Insurance Funding**
Creditor's name
PO Box 7000
Street

Carol Stream, IL 60197-7000
City        State        ZIP Code

Dates: 9/9/2023-12/08/2023
Amount: $19,977.89

☐ Secured debt
☑ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

3.14. **B&J Wholesale LLC**
Creditor's name
10810 Katy Freeway
Street

Tomball, TX 77377
City        State        ZIP Code

Dates: 9/9/2023-12/08/2023
Amount: $21,008.62

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.15. **SCF Industrial Technology Inc.**
Creditor's name
26077 Nelson Way 1406
Street

Katy, TX 77494
City        State        ZIP Code

Dates: 9/9/2023-12/08/2023
Amount: $20,190.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.16. **Mike McGraw & Partners LLC**
Creditor's name
PO Box 2988
Street

Midland, TX 79702
City        State        ZIP Code

Dates: 9/9/2023-12/08/2023
Amount: $40,600.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.17. **4 Holiday Investments, LLC**
Creditor's name
371 N County Road 1405
Street

Elkhart, TX 75839
City        State        ZIP Code

Dates: 9/9/2023-12/08/2023
Amount: $9,609.88

☐ Secured debt
☑ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

3.18. **Salt and Light Energy Equipment LLC**
Creditor's name
1910 Pacific Avenue 18400
Street

Dallas, TX 75201
City        State        ZIP Code

Dates: 9/9/2023-12/08/2023
Amount: $16,573.40

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.19. **Chrysler Capital**
Creditor's name
Po Box 961278
Street
Attn: Bankruptcy Dept.

Fort Worth, TX 76161-1278
City        State        ZIP Code

Dates: 9/9/2023-12/08/2023
Amount: $9,179.01

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

| | | | | |
|---|---|---|---|---|
| 3.20. | Stellantis Financial Services, Inc.<br>Creditor's name<br>3065 Akers MIll Rd. 700<br>Street<br>Attn: Compliance Department<br>Atlanta, GA 30339<br>City  State  ZIP Code | 9/9/2023-12/08/2023 | $13,632.03 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.21. | Coast<br>Creditor's name<br>PO Box 483<br>Street<br>Celtic Bank<br>New York, NY 10014<br>City  State  ZIP Code | 9/9/2023-12/08/2023 | $32,858.34 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Bailee Rivas-Fernandez<br>Creditor's name<br>16690 W Basin St<br>Street<br>Odessa, TX 79761<br>City  State  ZIP Code<br>**Relationship to debtor**<br>Managing Member of Ironclad Holding Group, LLC | 03/2023-12/08/2023 | $46,153.84 | Employment Compensation |
| 4.2. Ermelinda Rivas<br>Creditor's name<br>307 Park Plaza<br>Street<br>Austin, TX 78737<br>City  State  ZIP Code<br>**Relationship to debtor**<br>Managing Member of Ironclad Holding Group, LLC | 03/2023-12/08/2023 | $30,730.82 | Employment Compensation/Salary |

Debtor  Ironclad Pressure Control, LLC                                        Case number *(if known)*  23-70156
        Name

| | | | | |
|---|---|---|---|---|
| 4.3. | Robert Fernandez<br>Creditor's name<br><br>307 Park Plaza<br>Street<br><br>Austin, TX 78737<br>City  State  ZIP Code | 03/2023-12/08/2023 | $13,653.98 | Employment Compensation/Salary |
| | **Relationship to debtor**<br><br>Related to Managing Member of Ironclad Holding Group, LLC/Active Clerical Employee | | | |
| 4.4. | Alyssa Trevino<br>Creditor's name<br><br>447 Wake Forrest<br>Street<br><br>San Antonio, TX 78228<br>City  State  ZIP Code | 03/2023-07/2023 | $14,257.99 | Employment Compensation/Salary |
| | **Relationship to debtor**<br><br>Related to Managing Member of Ironclad Holding Group, LLC /Former Clerical Employee | | | |
| 4.5. | Charles Rameriz<br>Creditor's name<br><br>447 Wake Forrest<br>Street<br><br>San Antonio, TX 78228<br>City  State  ZIP Code | 03/2023-07/2023 | $9,684.09 | Employment Compensation/Salary |
| | **Relationship to debtor**<br><br>Family Member of Managing Member of Ironclad Holding Group, LLC/Former Operations Employee | | | |
| 4.6. | Ermelinda Rivas<br>Creditor's name<br><br>307 Park Plaza<br>Street<br><br>Austin, TX 78737<br>City  State  ZIP Code | 7/11/2023 | $4,000.00 | Expense Reimbursement |
| | **Relationship to debtor**<br><br>Managing Member of Ironclad Holding Group, LLC | | | |

| | | | | |
|---|---|---|---|---|
| 4.7. | Charles Ramirez<br>Creditor's name<br><br>447 Wake Forrest<br>Street<br><br>San Antonio, TX 78228<br>City     State    ZIP Code<br><br>**Relationship to debtor**<br><br>Family Member of Managing Member of Ironclad Holding Group, LLC/Former Operations Employee | 7/19/2023 and 9/22/2023 | $38,032.78 | Expense Reimbursement |
| 4.8. | Bladimir Serrano<br>Creditor's name<br><br>16690 W Basin St<br>Street<br><br>Odessa, TX 79763<br>City     State    ZIP Code<br><br>**Relationship to debtor**<br><br>Active Director of Operations | 3/2023 | $80,330.88 | Compensation |
| 4.9. | Bailee Rivas-Fernandez<br>Creditor's name<br><br>16690 W Basin St<br>Street<br><br>Odessa, TX 79761<br>City     State    ZIP Code<br><br>**Relationship to debtor**<br><br>Managing Member of Ironclad Holding Group, LLC | | $10,000.00 | Expense Reimbursement |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Creditor's name<br><br>Street<br><br>City     State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1.
Creditor's name

XXXX– _ _ _ _

Street

City          State     ZIP Code

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

7.1.

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| C&W International Fabricators, LLC vs. Ironclad Pressure Control, LLC Ermelinda (Minda) Rivas, Bailee Nicole Rivas-Fernandez, and Albert Dehoyos | Collection | 244th Judicial District Court (Name)<br>300 N. Grant Rm. 316 (Street)<br>Ector County<br>Odessa, TX 79761 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**

C-23-12-1320-CV

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

**Custodian's name and address**

Custodian's name

Street

City          State     ZIP Code

**Description of the property**

**Case title**

**Case number**

**Date of order or assignment**

**Value**

**Court name and address**

Name

Street

City          State     ZIP Code

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor  Ironclad Pressure Control, LLC                                         Case number *(if known)*  23-70156
         Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City                    State        ZIP Code

**Recipient's relationship to debtor**

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|

10.1.

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Rochelle McCullough, LLP | Attorney's Fee | 12/8/2023 | $40,000.00 |

**Address**

300 Throckmorton Street, Suite 520
Street

Fort Worth, TX 76102-2929
City                    State        ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | **Name of trust or device** | **Describe any property transferred** | **Dates transfers were made** | **Total amount or value** |
|---|---|---|---|---|
| | **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | **Address** | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| **Address** | **Dates of occupancy** |
|---|---|
| 14.1. 2810 N Church St PMB 648901<br>Street<br><br>Wilmington, DE 19802-4447<br>City    State    ZIP Code | From  February 2023  To  Present |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name _____ Street _____ City   State   ZIP Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ _____ | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?
☐ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor  Ironclad Pressure Control, LLC     Case number *(if known)* 23-70156
    Name

18.1 _____  XXXX– _ _ _ _   ❏ Checking  
    Name                                                    ❏ Savings  
_____                    ❏ Money market  
Street                                         ❏ Brokerage  
_____                  ❏ Other  
City        State     ZIP Code

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | **Depository institution name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|---|
| | Name | | | ❏ No |
| | Street | | | ❏ Yes |
| | | Address | | |
| | City   State   ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | **Facility name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|---|
| | Name | | | ❏ No |
| | Street | | | ❏ Yes |
| | | Address | | |
| | City   State   ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| **Owner's name and address** | **Location of the property** | **Description of the property** | **Value** |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City   State   ZIP Code | | | |

# Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name<br>Street<br>City  State  ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City  State  ZIP Code | Name<br>Street<br>City  State  ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City  State  ZIP Code | Name<br>Street<br>City  State  ZIP Code | | |

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City      State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____ To _____ |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City      State    ZIP Code | From _____ To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Ermelinda Rivas<br>Name<br>307 Park Plaza<br>Street<br>_____<br>Austin, TX 78737<br>City      State    ZIP Code | From March 2023  To August 2023 |
| 26b.2. Alyssa Trevino<br>Name<br>447 Wake Forrest<br>Street<br>_____<br>San Antonio, TX 78228<br>City      State    ZIP Code | From March 2023  To July 2023 |

Debtor  Ironclad Pressure Control, LLC  Case number *(if known)* 23-70156
       Name

| **Name and address** | **Dates of service** |

26b.3. Robert Fernandez
Name

From August 2023  To September 2023

16690 W Basin St
Street

Odessa, TX 79763
City        State        ZIP Code

| **Name and address** | **Dates of service** |

26b.4. ATKG
Name

From October 2023  To November 2023

1390 E Bitters Rd
Street

San Antonio, TX 78216-2914
City        State        ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |

26c.1.

Bailee Rivas-Fernandez
Name

No access since last backup of QuickBooks since October 2023.

16690 W Basin St
Street

Odessa, TX 79763
City        State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| **Name and address** |

26d.1.

Name

Street

City        State        ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |

**Name and address of the person who has possession of inventory records**

27.1. _____
Name

_____
Street

_____

_____
City             State     ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ironclad Holding Group, LLC | 16690 W Basin St Odessa, TX 79761 | Managing Member, | 100.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | , _____ | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Bailee Rivas-Fernandez | $46,153.84 | | Employment Compensation |

Name
16690 W Basin St
Street

Odessa, TX 79763
City             State     ZIP Code

**Relationship to debtor**

Managing Member of Ironclad Holding Group, LLC

Debtor __Ironclad Pressure Control, LLC__  Case number *(if known)* __23-70156__
      Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. Ermelinda Rivas<br>Name<br>16690 W Basin St<br>Street<br><br>Odessa, TX 79763<br>City    State    ZIP Code | $30,730.82 | | Compensation |

**Relationship to debtor**

Managing Member of Ironclad Holding Group, LLC

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. Robert Fernandez<br>Name<br><br>Street<br><br>City    State    ZIP Code | $13,653.98 | | Compensation |

**Relationship to debtor**

Related to Managing Member of Ironclad Holding Group, LLC /Active Clerical Employee

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. Alyssa Trevino<br>Name<br>447 Wake Forrest<br>Street<br><br>San Antonio, TX 78228<br>City    State    ZIP Code | $14,257.99 | | Compensation |

**Relationship to debtor**

Related to Managing Member of Ironclad Holding Group, LLC /Former Clerical Employee

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.5. Charles Rameriz<br>Name<br>447 Wake Forrest<br>Street<br><br>San Antonio, TX 78228<br>City    State    ZIP Code | $9,684.09 | | Compensation |

**Relationship to debtor**

Family Member of Managing Member of Ironclad Holding Group, LLC /Former Operations Employee

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **17**

Debtor   Ironclad Pressure Control, LLC                    Case number *(if known)*   23-70156
         Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.6. Bladimir Serrano<br>Name<br>16690 W Basin St<br>Street<br><br>Odessa, TX 79763<br>City          State        ZIP Code<br><br>**Relationship to debtor**<br>Active Director of Operations | $80,330.88 | | Compensation |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.7. Bailee Rivas-Fernandez<br>Name<br>16690 W Basin St<br>Street<br><br>Odessa, TX 79761<br>City          State        ZIP Code<br><br>**Relationship to debtor**<br>Managing Member of Ironclad Holding Group, LLC | $10,000.00 | | Expense Reimbursement |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/22/2023___
              MM/ DD/ YYYY

X  */s/ Bailee Fernandez*                         Printed name  Bailee Fernandez

Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Managing Member of Ironclad Holding Group, LLC, Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes