**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**_____DIVISION**

**In Re:** § **Case No. _____**
§
§
§ **Chapter _____**
_____ §

**LIST OF CREDITORS VERIFICATION**

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

_____   _____
Debtor                                                                                                         Date

_____   _____
Joint Debtor                                                                                              Date

Hutch's Oilfield Supply & Equipment, LLC

PO Box 61050

Midland, TX 79711