**Fill in this information to identify the case:**

Debtor Name IRONCLAD PRESSURE CONTROL LLC

United States Bankruptcy Court for the  Western District of Texas

Case number 23-70156

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: December 2023

Line of business: Oil&Gas Support Services

Date report filed: 01/19/2024
MM / DD / YYYY

NAISC code: 213112

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Bailee Fernandez

Original signature of responsible party

Printed name of responsible party  Bailee Fernandez

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☑ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐    ☐    ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐    ☐    ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous     $ _____
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections on
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                           $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.                                                          − $ _____

    Report the total from *Exhibit D* here.

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.                        + $ _____
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                                   = $ _____

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                              $ _____

    *(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                   $ _____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                               _____

27. What is the number of employees as of the date of this monthly report?               _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____

30. How much have you paid this month in other professional fees?                              $ _____

31. How much have you paid in total other professional fees since filing the case?            $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                          $ _____

36. Total projected cash disbursements for the next month:                                  − $ _____

37. Total projected net cash flow for the next month:                                          = $ _____

Debtor Name  _____     Case number_____

| | 8. Additional Information |
|---|---|

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Ironclad Pressure Control, LLC
December 2023

**Exhibit A**

3.   No, bills have not been paid on time. Ironclad is actively seeking DIP financing, engaging with auctioneers and private buyers to evaluate the sale of excess inventory and/or equipment to increase cash on hand to resolve this issue.

4.   No, employee pay has not been made since filing . Ironclad is actively seeking DIP financing, engaging with auctioneers and private buyers to evaluate the sale of excess inventory and/or equipment to increase cash on hand to resolve this issue.

9. No, insurance premiums have not been made on time but are still active. Ironclad is actively seeking DIP financing, engaging with auctioneers and private buyers to evaluate the sale of excess inventory and/or equipment to increase cash on hand to enable us to conduct timely payments.

**Exhibit B**

10. Yes. Ironclad had difficulty obtaining approval to open DIP accounts but has reached a source that has expressed that they can have our DIP accounts opened in January. All pre-petition bank accounts are still open but will be closed upon the transfer of funds to the DIP accounts.

18. Following BK filing, the available funds within the Amarillo National Bank Operating account were transferred to the Amarillo National Bank Payroll account, to avoid the clearance of any debits post-petition. The efforts made to deter from such issue were not successful –Amarillo National Bank authorized the clearance of the debits below, which resulted in a negative December 2023 Ending Balance for the Operating Account.

| Date Posted | Payee | Purpose | Amount |
|---|---|---|---|
| 12/08/2023 | Amarillo National Bank | NSF; Returned Items Charge | $19.00 |
| 12/14/2023 | Amarillo National Bank | NSF; Returned Items Charge | $19.00 |
| 12/18/2023 | Amarillo National Bank | NSF; Returned Items Charge | $19.00 |
| 12/19/2023 | Coast | Auto Draft- Fuel Credit Card Payment | $2,792.15 |
| 12/20/2023 | Amarillo National Bank | NSF; Paid Items (Coast Payment) | $19.00 |
| 12/27/2023 | First Insurance Funding | Auto Draft- Auto Policy Premium Finance Payment | $8,621.08 |
| 12/28/2023 | Amarillo National Bank | NSF; Paid Items (First Insurance Funding Payment) | $19.00 |
| 12/29/2023 | Amarillo National Bank | Overdraft Interest | $16.37 |

Amarillo Operating Account- December 2023 Ending Balance: -$11,476.54
Amarillo Payroll Account- December 2023 Ending Balance: $5,577.36
*Statements Attached*

**Exhibit C**

20. N/A – Total is $0.00

**Exhibit D**

21. $11,524.60
(Same answer as #18)
Following BK filing, the available funds within the Amarillo National Bank Operating account were transferred to the Amarillo National Bank Payroll account, to avoid the clearance of any debits post-petition. The efforts made to deter from such issue were not successful –Amarillo National Bank authorized the clearance of the debits below, which resulted in a negative December 2023 Ending Balance for the Operating Account.

| Date Posted | Payee | Purpose | Amount |
|---|---|---|---|
| 12/08/2023 | Amarillo National Bank | NSF; Returned Items Charge | $19.00 |
| 12/14/2023 | Amarillo National Bank | NSF; Returned Items Charge | $19.00 |
| 12/18/2023 | Amarillo National Bank | NSF; Returned Items Charge | $19.00 |
| 12/19/2023 | Coast | Auto Draft- Fuel Credit Card Payment | $2,792.15 |
| 12/20/2023 | Amarillo National Bank | NSF; Paid Items (Coast Payment) | $19.00 |
| 12/27/2023 | First Insurance Funding | Auto Draft- Auto Policy Premium Finance Payment | $8,621.08 |
| 12/28/2023 | Amarillo National Bank | NSF; Paid Items (First Insurance Funding Payment) | $19.00 |
| 12/29/2023 | Amarillo National Bank | Overdraft Interest | $16.37 |

**Exhibit E**

24. Payables: **$127,655.58**

| Date | Creditor | Purpose | Due | Amt Owed |
|---|---|---|---|---|
| 12/03/23 | BankDirect Capital | Insurance Finance Payment | 01/05/24 | $7,969.48 |
| 12/08/23 | US Trustee | US Trustee Fee | | $1,000.00 |
| 12/10/23 | Grady Rental | Forklift Rental | 01/09/24 | $2,675.00 |
| 12/10/23 | Stellantis Financial | Financed truck payment | 12/10/23 | $1,045.04 |
| 12/10/23 | Stellantis Financial | Financed truck payment | 12/10/23 | $1,283.30 |
| 12/10/23 | Stellantis Financial | Financed truck payment | 12/10/23 | $1,043.79 |

| 12/10/23 | Stellantis Financial | Financed truck payment | 12/10/23 | $1,171.88 |
| 12/11/23 | Kingdom Trinity | Mortgage Late Fee | 12/11/23 | $577.60 |
| 12/13/23 | Barco Rent-A-Truck | Returned Lease Truck Damage | 12/13/23 | $2,918.22 |
| 12/15/23 | Employees (All) | Payroll 12/15/2023 (Gross) | 12/15/23 | $39,474.20 |
| 12/15/23 | IRS | Payroll Taxes (FICA 12/15) | 12/31/23 | $3,019.80 |
| 12/20/23 | Atmos Energy | Utility- Gas | 12/20/23 | $156.99 |
| 12/20/23 | Grady Rental | Forklift Rental | 01/19/24 | $2,675.00 |
| 12/23/23 | Chrysler Capital | Financed truck payment | 12/23/23 | $1,336.86 |
| 12/23/23 | Chrysler Capital | Financed truck payment | 12/23/23 | $1,258.23 |
| 12/25/23 | First Insurance Funding | Auto Policy Premium | 12/25/23 | $8,621.08 |
| 12/29/23 | Employees (All) | Payroll 12/29/2023 (Gross) | 12/29/23 | $29,620.64 |
| 12/29/23 | IRS | Payroll Taxes (FICA 12/29) | 12/31/23 | $2,265.97 |
| 12/31/23 | Grady Rental | Forklift Rental | 01/30/24 | $2,942.50 |
| 12/31/23 | IRS | Payroll Taxes (FUTA Q4) | 01/31/24 | $10,500.00 |
| 12/31/23 | Texas Workforce Commission | SUI (2023) | 02/04/24 | $6,100.00 |

**Exhibit F**

25.

| Customer | Invoice # | Amount | Due |
| --- | --- | --- | --- |
| Bayswater Exploration & Production | 156 | $11,203.88 | 12/27/2023 |
| Bayswater Exploration & Production | 157 | $6,765.63 | 12/27/2023 |
| Bayswater Exploration & Production | 158 | $9,850.75 | 12/27/2023 |
| Bayswater Exploration & Production | 159 | $9,883.23 | 12/27/2023 |
| Exact Valve Solutions | 162 | $4,384.13 | 02/06/2024 |



*Statement Ending 12/29/2023*

IRONCLAD PRESSURE CONTROL                    *Page 1 of 4*
**Account Number: XXXXX3446**

**P.O. Box 1**
**Amarillo, Texas 79105**

### Managing Your Accounts

| | | |
|---|---|---|
|  | CUSTOMER SERVICE | 800-262-3733 |
|  | Fraud | 800-472-3272 |
|  | Lost or Stolen Card | 800-472-3272 |
|  | Website | www.ANB.com |

IRONCLAD PRESSURE CONTROL LLC
OPERATING
2810 N CHURCH ST PMB 648901
WILMINGTON DE 19802-4447



## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| FREE SMALL BUSINESS | XXXXX3446 | -$11,476.54 |

## FREE SMALL BUSINESS-XXXXX3446

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/2023 | Beginning Balance | $17,706.80 |
| | 0 Credit(s) This Period | $0.00 |
| | 17 Debit(s) This Period | $29,183.34 |
| 12/29/2023 | Ending Balance | -$11,476.54 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/01/2023 | Beginning Balance | | | $17,706.80 |
| 12/01/2023 | 700521801 OLB TRANSFER TO COMMERCI ✖✖✖3438 ON 12/01/23 AT 12:31 Funds Transfer | $2,000.00 | | $15,706.80 |

anb.com | Member FDIC | ⌂ Equal Housing Lender



IRONCLAD PRESSURE CONTROL LLC        XXXXX3446        Statement Ending 12/29/2023        Page 2 of 4

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | $ |  |

**Bank Balance shown on this statement** $ _____

**add +**

**Deposits not credited on this statement (IF ANY)** $ _____

_____

_____

**Total** $ _____

**subtract -**

**Checks outstanding** $ _____

**Balance** $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

## If your account balance does not balance – check the following carefully.

• Have you correctly entered the amount of each check on your book register?

• Are the amounts of your deposits entered on check book register the same as in your statement?

• Have all checks been deducted from your register?

• Have you deducted all bank charges from your register?

• Have you carried the correct balance forward from one check book register to the next?

• Have you checked all additions and subtractions on your check book register?

## INFORMATION REGARDING ELECTRONIC FUNDS TRANSFER TRANSACTIONS

In case of errors, or questions about your electronic funds transfer, or to ascertain if a preauthorized electronic funds transfer has made, direct inquiries to our Bank at the address or telephone number on the front of statement.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explains clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

IRONCLAD PRESSURE CONTROL LLC          XXXXX3446                Statement Ending 12/29/2023                Page 3 of 4

## FREE SMALL BUSINESS-XXXXX3446 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/01/2023 | Coast MP00162614 DZSQAWD5VSVQA | $1,343.00 | | $14,363.80 |
| 12/01/2023 | BARCO RENT A TRU WEB PAY 04919 | $9,396.10 | | $4,967.70 |
| 12/04/2023 | 701823593 OLB TRANSFER TO COMMERCI ██ 3438 ON 12/04/23 AT 12:02 Funds Transfer | $3,000.00 | | $1,967.70 |
| 12/04/2023 | PAYPAL INST XFER ADOBE INC | $21.64 | | $1,946.06 |
| 12/05/2023 | Coast MP00163009 DZSQB6SJF2WQA | $1,000.00 | | $946.06 |
| 12/06/2023 | Coast MP00163559 HZMQBUOSQ6XAA | $300.00 | | $646.06 |
| 12/06/2023 | CHK# 00 AMT $7,969.48, NSF RETURNED ITEM(S) CHARGE | $19.00 | | $627.06 |
| 12/08/2023 | CHK# 00 AMT $2,263.86, NSF RETURNED ITEM(S) CHARGE | $19.00 | | $608.06 |
| 12/14/2023 | 700607726 OLB TRANSFER TO COMMERCI ██ 3438 ON 12/14/23 AT 16:44 Funds Transfer | $579.00 | | $29.06 |
| 12/14/2023 | CHK# 00 AMT $2,757.15, NSF RETURNED ITEM(S) CHARGE | $19.00 | | $10.06 |
| 12/18/2023 | CHK# 00 AMT $122.34, NSF RETURNED ITEM(S) CHARGE | $19.00 | | -$8.94 |
| 12/19/2023 | Coast AP00165140 HZMQAN5N6OZQA | $2,792.15 | | -$2,801.09 |
| 12/20/2023 | CHK# 00 AMT $2,792.15, NSF PAID ITEM(S) CHARGE | $19.00 | | -$2,820.09 |
| 12/27/2023 | FIRST INSURANCE INSURANCE 900-99259129 | $8,621.08 | | -$11,441.17 |
| 12/28/2023 | CHK# 00 AMT $8,621.08, NSF PAID ITEM(S) CHARGE | $19.00 | | -$11,460.17 |
| 12/29/2023 | OVERDRAFT INTEREST | $16.37 | | -$11,476.54 |
| 12/29/2023 | Ending Balance | | | -$11,476.54 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 0 | 12/19/2023 | $2,792.15 | 0 | 12/27/2023 | $8,621.08 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/01/2023 | $4,967.70 | 12/08/2023 | $608.06 | 12/20/2023 | -$2,820.09 |
| 12/04/2023 | $1,946.06 | 12/14/2023 | $10.06 | 12/27/2023 | -$11,441.17 |
| 12/05/2023 | $946.06 | 12/18/2023 | -$8.94 | 12/28/2023 | -$11,460.17 |
| 12/06/2023 | $627.06 | 12/19/2023 | -$2,801.09 | 12/29/2023 | -$11,476.54 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $54.37 | $73.59 |
| Total Returned Item Fees | $76.00 | $114.00 |

This page left intentionally blank



P.O. Box 1
**Amarillo, Texas 79105**

*Statement Ending 12/29/2023*

*IRONCLAD PRESSURE CONTROL*       *Page 1 of 4*
**Account Number: XXXXX3438**

IRONCLAD PRESSURE CONTROL LLC
PAYROLL
2810 N CHURCH ST PMB 648901
WILMINGTON DE 19802-4447

### Managing Your Accounts

 CUSTOMER SERVICE      800-262-3733

 Fraud      800-472-3272

 Lost or Stolen Card      800-472-3272

 Website      www.ANB.com



# We Pay More
## for Checking and Savings than Other Banks!

**We're committed to paying you a Great Rate.**

Amarillo National Bank

Awesome Service No BS.

Member FDIC | ⌂ Equal Housing Lender

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| COMMERCIAL INTEREST | XXXXX3438 | $5,577.36 |

## COMMERCIAL INTEREST-XXXXX3438

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/2023 | **Beginning Balance** | **$5,603.76** |
| | 4 Credit(s) This Period | $5,593.11 |
| | 9 Debit(s) This Period | $5,619.51 |
| 12/29/2023 | **Ending Balance** | **$5,577.36** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/01/2023 | **Beginning Balance** | | | **$5,603.76** |
| 12/01/2023 | 700521801 OLB TRANSFER FROM FREE SMA ✗✗✗3446 ON 12/01/23 AT 12:31 Funds Transfe | | $2,000.00 | $7,603.76 |



IRONCLAD PRESSURE CONTROL LLC          XXXXX3438          Statement Ending 12/29/2023          Page 2 of 4

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | $ | |

**Bank Balance shown**
**on this statement** $ _____

**add +**
**Deposits not credited on**
**this statement (IF ANY)** $ _____

_____

_____

**Total** $ _____

**subtract -**
**Checks outstanding** $ _____

**Balance** $ _____
SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

## If your account balance does not balance – check the following carefully.

• Have you correctly entered the amount of each check on your book register?

• Are the amounts of your deposits entered on check book register the same as in your statement?

• Have all checks been deducted from your register?

• Have you deducted all bank charges from your register?

• Have you carried the correct balance forward from one check book register to the next?

• Have you checked all additions and subtractions on your check book register?

## INFORMATION REGARDING ELECTRONIC FUNDS TRANSFER TRANSACTIONS

In case of errors, or questions about your electronic funds transfer, or to ascertain if a preauthorized electronic funds transfer has made, direct inquiries to our Bank at the address or telephone number on the front of statement.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explains clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

IRONCLAD PRESSURE CONTROL LLC        XXXXX3438                Statement Ending 12/29/2023                Page 3 of 4

## COMMERCIAL INTEREST-XXXXX3438 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/01/2023 | WIRE/OUT-202333500719;BNF JOVANNI BAEZA;OBI PAY DATE: 12/01/2023 FOR PAY CYCLE: | $769.96 | | $6,833.80 |
| 12/01/2023 | WIRE/OUT-202333500718;BNF JAN BAEZA;OBI PAY DATE: 12/01/2023 FOR PAY CYCLE: 11/1 | $1,254.69 | | $5,579.11 |
| 12/01/2023 | WIRE/OUT-202333500715;BNF ABELARDO ROJERO;OBI PAY DATE: 12/01/2023 FOR PAY CYCLE | $1,564.82 | | $4,014.29 |
| 12/01/2023 | WIRE/OUT-202333500716;BNF JOSE BAEZA;OBI PAY DATE: 12/01/2023 FOR PAY CYCLE: 11/ | $1,971.26 | | $2,043.03 |
| 12/01/2023 | Q2 WIRE FEE-202333500715 | $12.00 | | $2,031.03 |
| 12/01/2023 | Q2 WIRE FEE-202333500716 | $12.00 | | $2,019.03 |
| 12/01/2023 | Q2 WIRE FEE-202333500718 | $12.00 | | $2,007.03 |
| 12/01/2023 | Q2 WIRE FEE-202333500719 | $12.00 | | $1,995.03 |
| 12/04/2023 | 701823593 OLB TRANSFER FROM FREE SMA ██3446 ON 12/04/23 AT 12:02 Funds Transfe | | $3,000.00 | $4,995.03 |
| 12/14/2023 | 700607726 OLB TRANSFER FROM FREE SMA ██3446 ON 12/14/23 AT 16:44 Funds Transfe | | $579.00 | $5,574.03 |
| 12/29/2023 | INTEREST | | $14.11 | $5,588.14 |
| 12/29/2023 | SERVICE CHARGE | $10.78 | | $5,577.36 |
| **12/29/2023** | **Ending Balance** | | | **$5,577.36** |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 12/01/2023 | $1,995.03 | 12/14/2023 | $5,574.03 |
| 12/04/2023 | $4,995.03 | 12/29/2023 | $5,577.36 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $19.00 |

This page left intentionally blank