B1040 (FORM 1040) (12/15)

|  ADVERSARY PROCEEDING COVER SHEET  (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER  (Court Use Only) |
|---|---|
| **PLAINTIFFS**  C&W International Fabricators, LLC | **DEFENDANTS**  Ironclad Pressure Control, LLC, Ermelinda (Mindy) Rivas, Bailee Nicole Rivas-Fernandez, and Albert Dehoyos |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)  Todd J. Johnston  McWhorter, Cobb & Johnson, LLP  PO Box 2547  Lubbock, Texas 79408     806-762-0214 | **ATTORNEYS** (If Known)  Joseph F. Postnikoff  Rochelle McCullough, LLP  300 Throckmorton Street, Suite 520  Fort Worth, Texas 76102     817-347-5260 |
| **PARTY** (Check One Box Only)  ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin  ☒ Creditor  ☐ Other  ☐ Trustee | **PARTY** (Check One Box Only)  ☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin  ☐ Creditor  ☐ Other  ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Suit on account.

### NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☒ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 3,998,122.00 |

Other Relief Sought

None

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Ironclad Pressure Control, LLC | BANKRUPTCY CASE NO.<br>23-70156 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Western District of Texas | DIVISION OFFICE<br>Midland | NAME OF JUDGE<br>Shad Robinson |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF<br>Ironclad Pressure Control, LLC | DEFENDANT<br>C&W International Fabricators, LLC | ADVERSARY PROCEEDING NO.<br>24-07002-smr |
| DISTRICT IN WHICH ADVERSARY IS PENDING<br>Western District of Texas | DIVISION OFFICE<br>Midland | NAME OF JUDGE<br>Shad M. Robinson |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*/s/ signature* | | |
| DATE<br>2/5/2024 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Joseph F. Postnikoff | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| IRONCLAD PRESSURE CONTROL, LLC, § | Case No. 23-70156 | |
| § | In Proceedings Under Chapter 11 | |
| Debtor. § | Subchapter V | |
| § | | |
| _____ § | | |
| § | | |
| C&W INTERNATIONAL FABRICATORS, LLC, § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| v. § | Adversary No. _____ | |
| § | | |
| IRONCLAD PRESSURE CONTROL, LLC, § | | |
| ERMELINDA (MINDY) RIVAS, § | | |
| BAILEE NICOLE RIVAS-FERNANDEZ, § | | |
| and ALBERT DEHOYOS, § | | |
| § | | |
| Defendants § | | |

**NOTICE OF REMOVAL**

TO THE HONORABLE SHAD M. ROBINSON, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Ironclad Pressure Control, LLC, the Debtor in Possession in the referenced Chapter 11 bankruptcy proceeding ("Ironclad" or "Debtor"), and files this *Notice of Removal* to this Bankruptcy Court of a cause now pending in the 244th Judicial District Court of Ector County, Texas, bearing Cause No. C-23-12-1320-CV, styled *C&W International Fabricators, LLC v. Ironclad Pressure Control, LLC, Ermelinda (Mindy) Rivas, Bailee Nicole Rivas-Fernandez, and Albert Dehoyos* (the "State Court Proceeding").

**State Court Proceeding**

1. On December 4, 2023, C&W International Fabricators, LLC ("C&W") commenced suit against Debtor and Ermelinda (Mindy) Rivas, Bailee Nicole Rivas-Fernandez, and Albert

Dehoyos in the 244th Judicial District Court in and for Ector County ("District Court"), Texas in Cause No. C-23-12-1320-CV styled *C&W International Fabricators, LLC v. Ironclad Pressure Control, LLC, Ermelinda (Mindy) Rivas, Bailee Nicole Rivas-Fernandez, and Albert Dehoyos*, seeking damages for alleged suit on open account, alleged breach of contract, alleged quantum meruit, alleged promissory estoppel, alleged fraudulent inducement and fraudulent misrepresentation, alleged unjust enrichment, alleged transfers fraudulent as to present and/for future creditor and alleged breach of fiduciary duty for damages of no less than $3,998,122.00. The State Court Proceeding is currently pending before the District Court.

2. On December 8, 2023, the Debtor commenced the above styled and numbered chapter 11 bankruptcy proceeding. Debtor removes the State Court Proceeding to this Court as more fully described below.

## Procedural Requirements

3. This civil proceeding arises under or is related to a case under Title 11 of the United States Code. Jurisdiction arises under 28 U.S.C. § 1334(b).

4. This action is properly removed to this Court pursuant to 28 U.S.C. § 1452(a) and Federal Rule of Bankruptcy Procedures 9027.

5. This removal is timely because it is filed within ninety days of the entry of the order for relief in the Debtor's chapter 11 bankruptcy case.

## Core vs. Non-Core

6. This matter is a "core" proceeding pursuant to 28 U.S.C. § 157(b)(1)(A), (B) and (C) because the State Court Proceeding involves matters concerning administration of the estate, allowance or disallowance of claims against the estate, and counterclaims by the estate against persons filing claims against the estate.

7. The Debtor consents to entry of a final order or judgment by the Bankruptcy Court.

## Miscellaneous Matters

8. As required by Bankruptcy Rule 9027, attached hereto as **Exhibit A** is a certified copy of the State Court's docket sheet and attached hereto as **Exhibit A-1** through **Exhibit A-6** are certified copies of the pleadings filed in the State Court Proceeding as reflected on the State Court's docket sheet. In addition, attached as **Exhibit B** is an index of all documents filed in the State Court Proceeding indicating the date each document was filed.

9. Under 28 U.S.C. § 1452(b) and (c), the Debtor will file a copy of this Notice of Removal with the District Clerk of Ector County, 244th Judicial Court, Texas where the State Court Proceeding is currently pending and give all parties written notice of the filing of this Notice of Removal.

## Request for Relief

For these reasons, Ironclad Pressure Control, LLC, removes this action from the 244th Judicial District Court of Ector County, Texas, to the United States Bankruptcy Court for the Western District of Texas, Midland Division, so that this Court may assume jurisdiction over the cause as provided by law.

Dated this the 5th day of February 2024.

                              Respectfully submitted,

                              ROCHELLE MCCULLOUGH, LLP
                              300 Throckmorton Street, Suite 520
                              Fort Worth, Texas 76102
                              Telephone: 817.347.5260
                              Facsimile: 817.347.5269
                              http://www.romclaw.com

                              By:    /s/ Joseph F. Postnikoff
                                     Joseph F. Postnikoff
                                     State Bar No. 16168320
                                   Email: jpostnikoff@romclaw.com

                              COUNSEL FOR DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of February 2024, a copy of the foregoing Notice was served via ECF on the parties registered with the Court to receive ECF and via electronic mail to the persons listed below:

United States Department of Justice
Office of the United States Trustee
Mr. Shane Tobin
Email: Shane.P.Tobin@usdoj.gov

Subchapter V Trustee
Mr. Eric Terry
Email: eric@ericterrylaw.com

Counsel for C&W International Fabricators, LLC
Hamm Law Group, PLLC
Mr. Jason Hamm
Email: jason@permianlaw.com
Ms. Cassi Dormady
Email: cassi@permianlaw.com

Counsel for C&W International Fabricators, LLC
McWhorter, Cobb & Johnson, LLP
Todd J. Johnston
Email: tjohnston@mcjllp.com

Counsel for Ironclad Pressure Control, LLC
Kelly Hart & Hallman, LLP
Jeff Kuhnhenn
Jeff.kuhnhenn@kellyhart.com

And via Certified Mail Return Receipt Requested to the parties below:

Ermelinda (Mindy) Rivas
307 Park Plz,
San Antonio, Texas 78237

Bailee Nicole Rivas-Fernandez
4417 Guadalupe St.
Midland, Texas 79707

Albert Dehoyos
4406 San Carlos Ct.
Midland, Texas 79707

                                                /s/ Joseph F. Postnikoff
                                                  Joseph F. Postnikoff