**244TH DISTRICT COURT - ELECTRONIC DOCKET SHEET**

# CIVIL CASE E-DOCKET SHEET

### CASE NO. C-23-12-1320-CV

**EXHIBIT A**

| | | |
|---|---|---|
| **C&W International Fabricators, LLC** § <br> vs. § <br> **Ironclad Pressure Control, LLC, Ermelinda Rivas, Bailee** § <br> **Nicole Rivas-Fernandez, et al.** § | Location: | **244th District Court** |
| | Judicial Officer: | **Ruiz-Crutcher, Lori** |
| | Filed on: | **12/04/2023** |

---

### CASE INFORMATION

**Bonds**
Cash Bond $50,000.00
12/06/2023 Posted
Counts: 1
Comments: TRO

Case Type: **Debt/Contract - Fraud/Misrepresentation > $250K**

Case Status: **12/04/2023 Filed**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** <br> Case Number C-23-12-1320-CV <br> Court 244th District Court <br> Date Assigned 12/04/2023 <br> Judicial Officer Ruiz-Crutcher, Lori |

---

### PARTY INFORMATION

| | | |
|---|---|---|
| | | *Lead Attorneys* |
| **Plaintiff** | **C&W International Fabricators, LLC** <br> ("C&W") | **HAMM, JASON B.** <br> *Retained* <br> 432-375-6060(W) <br> 3000 N. Garfield Street, Ste 205 <br> MIDLAND, TX 79705 <br> jason@permianlaw.com |
| **Defendant** | **DeHoyos, Albert** | |
| | **Ironclad Pressure Control, LLC** | |
| | **Rivas, Ermelinda (Mindy)** | |
| | **Rivas-Fernandez, Bailee Nicole** | |

---

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|
| | **EVENTS** |
| 12/08/2023 | Bankruptcy Court - Correspondence/Notices <br> *SUGGESTION OF BANKRUPTCY* |
| 12/07/2023 | Service Returned Served - by Private Process Server <br> Party: Defendant Ironclad Pressure Control, LLC <br> *ON 12/06/2023 AT 2:01 PM* |
| 12/06/2023 | CASH BOND POSTED <br> Party: Plaintiff C&W International Fabricators, LLC <br> *$50,000.00 TEMPORARY RESTRAINING ORDER BOND POSTED BY C&W INTERNATIONAL FABRICATORS LLC.* |
| 12/05/2023 | ORDER FOR DISCOVERY (Judicial Officer: Ruiz-Crutcher, Lori) <br> Party: Attorney HAMM, JASON B.; Plaintiff C&W International Fabricators, LLC <br> *EXPEDITED* |

TRUE & CORRECT COPY OF A DOCUMENT ON FILE AT ECTOR COUNTY, TEXAS
CLARISSA WEBSTER, DISTRICT CLERK
PAGE 1 of 2

**244TH DISTRICT COURT - ELECTRONIC DOCKET SHEET**

# CIVIL CASE e-DOCKET SHEET
### CASE NO. C-23-12-1320-CV

| Date | Entry |
|---|---|
| 12/05/2023 | 📄 Temporary Restraining Order (Judicial Officer: Ruiz-Crutcher, Lori) <br> Hearing Set: 12/18/2023 <br> Party: Defendant Ironclad Pressure Control, LLC; Defendant Rivas, Ermelinda (Mindy); Defendant Rivas-Fernandez, Bailee Nicole; Defendant DeHoyos, Albert <br> *and ORDER SETTING HEARING FOR TEMPORARY ORDERS INJUNCTION* |
| 12/04/2023 | 📄 Original Petition (OCA) <br> Party: Attorney HAMM, JASON B.; Plaintiff C&W International Fabricators, LLC |

## HEARINGS

| | |
|---|---|
| 12/18/2023 | CANCELED **TRO Hearing** (1:30 PM) (Judicial Officer: Ruiz-Crutcher, Lori ;Location: 244th District Court) <br> *Other* |

## SERVICE

| | |
|---|---|
| 12/06/2023 | **Temporary Restraining Order** <br> DeHoyos, Albert <br> Unserved <br> Anticipated Method: In Person <br> *EMAILED TO ATTORNEY* |
| 12/06/2023 | **Temporary Restraining Order** <br> Rivas-Fernandez, Bailee Nicole <br> Unserved <br> Anticipated Method: In Person <br> *EMAILED TO ATTORNEY* |
| 12/06/2023 | **Temporary Restraining Order** <br> Rivas, Ermelinda (Mindy) <br> Unserved <br> Anticipated Method: In Person <br> *EMAILED TO ATTORNEY* |
| 12/06/2023 | **Temporary Restraining Order** <br> Ironclad Pressure Control, LLC <br> Unserved <br> Anticipated Method: In Person <br> *EMAILED TO ATTORNEY* |
| 12/06/2023 | **Citation** <br> Rivas-Fernandez, Bailee Nicole <br> Unserved <br> Anticipated Method: In Person <br> *EMAILED TO ATTORNEY* |
| 12/06/2023 | **Citation** <br> DeHoyos, Albert <br> Unserved <br> Anticipated Method: In Person <br> *EMAILED TO ATTORNEY* |
| 12/06/2023 | **Citation** <br> Rivas, Ermelinda (Mindy) <br> Unserved <br> Anticipated Method: In Person <br> *EMAILED TO ATTORNEY* |
| 12/06/2023 | **Citation** <br> Ironclad Pressure Control, LLC <br> Served: 12/06/2023 2:01 PM <br> Anticipated Method: In Person <br> Actual Server: Private Process Server <br> Return Date/Time: 12/07/2023 9:32 AM <br> Service Tracking Comment: CITATION SERVED <br> *EMAILED TO ATTORNEY* |

**CERTIFIED COPY CERTIFICATE**
State of Texas, County of Ector
I hereby certify that this document is a true and correct copy of the original record on file in the Ector County District Clerk's office in cause number: C-23-12-1320-CV in the 244th District Court.
Clarissa Webster, District Clerk
Attest on Date: January 18, 2024
By: *Jennifer Rodriguez*
Deputy Clerk: Rodriguez, Jennifer