**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 28, 2024.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| IRONCLAD PRESSURE CONTROL, LLC | § § § | Case No. 23-70156<br>In Proceedings Under Chapter 11 |
| Debtor. | § | Subchapter V |

### ORDER GRANTING DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO §§327(a) AND 328(a) AUTHORIZING THE EMPLOYMENT OF LAIN, FAULKNER & CO., P.C., AS FINANCIAL ADVISOR TO THE DEBTOR IN POSSESSION
**[Refers to Docket No. 55]**

On this day, came on for consideration the *Debtor's Application for Entry of an Order Pursuant to 11 U.S.C. §§327(a) and 328(a) Authorizing the Employment of Lain, Faulkner & Co., P.C., as Financial Advisor to the Debtor in Possession* [Docket No. 55] (the "Application"), filed by Ironclad Pressure Control, LLC, the Debtor in Possession (the "Debtor"), in the referenced bankruptcy proceeding and the Affidavit of Kelly McCullough (the "Affidavit"), in support thereof.

The Court finds jurisdiction over the subject matter and parties, notice of the Application was adequate under the circumstances, and the relief sought in the Application is in order and should be GRANTED. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that the Application is **GRANTED** pursuant to sections 327(a) and 328(a) of the Bankruptcy Code; it is further

**ORDERED, ADJUDGED, AND DECREED** that Lain, Faulkner & Co., P.C.'s compensation and expense reimbursement are approved, subject to the filing of fee applications under 11 U.S.C. §§ 330 and 331, and the continuing disclosure requirements of Bankruptcy Rule 2016; it is further

**ORDERED, ADJUDGED, AND DECREED** that the Debtor is authorized to employ Lain, Faulkner & Co., P.C., as financial advisor for the purposes and on the terms and conditions described in the Application; it is further

**ORDERED, ADJUDGED, AND DECREED** that in the event of any inconsistency among the Engagement Letter, the Application, the Declaration, and this Order, the terms of this Order shall govern; it is further

**ORDERED, ADJUDGED, AND DECREED** that the Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order; it is further

**ORDERED, ADJUDGED, AND DECREED** that the Court expressly does not approve the indemnity provision in paragraph 9 of the engagement letter and does not approve the venue provision in paragraph 18 of the engagement letter. Furthermore, Lain, Faulkner & Co., P.C. verbally consented on the record to the withdrawal of the foregoing provisions of the engagement letter.

### End of Order ###