

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 11, 2024.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-70156-smr |
| | § | |
| IRONCLAD PRESSURE CONTROL, LLC, | § § | |
| | § | |
| DEBTOR | § | CHAPTER 11 SUBCHAPTER V |

**ORDER SETTING HEARING ON CONFIRMATION OF AMENDED PLAN AND RELATED DEADLINES, WITH NOTICE THEREOF**

On May 16, 2024, the Debtor filed its *Expedited Second Motion to Continue Plan Confirmation Hearing* (the "Motion" at ECF No. 186). On June 5, 2024, the Court held a hearing on the Debtor's Motion. For the reasons stated on the record, the Court finds that the Debtor's Motion should be granted, and the following Order should be entered pursuant to 11 U.S.C. § 1191 and Bankruptcy Rule 3017.2:

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. The Debtor's Motion is hereby GRANTED and the confirmation hearing is continued to **August 8, 2024, at 10:00 a.m. (CT)** at the United States Bankruptcy Court, Courtroom No. 1, 903 San Jacinto Blvd., Austin, Texas 78701.

2. The Debtor shall promptly provide notice of the continued hearing to all interested parties.

3. August 1, 2024, at 5:00 p.m. (CT) is fixed as the last day for holders of claims and interests to accept or reject the Amended Plan by submitting a ballot. Such ballots shall be sent to counsel for the Debtor at the address set forth in the Amended Plan. Ballots shall not be filed

with the Court.

4. <u>August 1, 2024, at 5:00 p.m. (CT)</u> is also fixed, pursuant to Bankruptcy Rule 3020(b)(1), as the last day for filing and serving written objections to confirmation of the Amended Plan. Any objections to the Amended Plan shall be accompanied by a memorandum of legal authorities supporting such objection.

5. <u>August 1, 2024, at 5:00 p.m. (CT)</u> is also fixed as (a) the last day for filing and serving any notice of a § 1111(b) election under Bankruptcy Rule 3014; and (b) the record date by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security to be eligible to accept or reject the Amended Plan under Bankruptcy Rule 3017.2.

6. By <u>August 6, 2024,</u> counsel for the Debtor shall file with the Court (a) a ballot summary in the form required by Local Bankruptcy Rule 3018(b) with a copy of the ballots; (b) a memorandum of legal authorities addressing any unresolved objections filed to the Amended Plan; and (c) under a notice coversheet, a proposed order confirming the Amended Plan.

7. By <u>June 28, 2024,</u> counsel for the Debtor shall transmit by first class mail, a copy of the Amended Plan, this Order or a notice of its provisions, and a ballot conforming with Official Form 314, to all creditors, equity security holders, the Trustee, the Debtor, and all other parties in interest. Counsel for the Debtor shall promptly file a Certificate of Service with the Court reflecting such mailing.

8. By <u>June 28, 2024,</u> counsel for the Debtor shall file the Amended Plan on the Court's docket along with a redline showing edits compared to the original plan filed at Docket No. 99.

### #