# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
903 San Jacinto Blvd, Suite 322
Austin, TX 78701

*Barry D. Knight*
CLERK OF COURT

(512) 916-5237

**DATE:** June 17, 2024

ROCHELLE MCCULLOUGH LLP
c/o Joseph Postnikoff
300 Throckmorton St #520
Fort Worth TX 76102

FILED
JUL 01 2024
U.S. BANKRUPTCY COURT
BY_____DEPUTY

**RE:** Exhibits

    Bankruptcy Case No.: **23-70156-smr**
    Case Style: Ironclad Pressure Control, LLC

Dear Mr Postnikoff:

A final order was entered on 4/26/24 regarding the following contested matters:

**Doc. #160 Motion to approve settlement**

Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than 6/27/24 If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

                                            Barry D. Knight
                                            Clerk, U. S. Bankruptcy Court

                                            BY: Laurie Boyd

903 San Jacinto, Suite 322
Austin, Texas 78701
(512) 916-5237

511 E. San Antonio Avenue, Suite 444
El Paso, Texas 79901
(915) 779-7362

800 Franklin Avenue, Suite 140
Waco, Texas 76701
(254) 750-1513

[Exhibits Letter] [Ltrex]