UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-70156-smr |
| | ) | |
| **Ironclad Pressure Control, LLC,** | ) | |
| | ) | |
| | ) | |
| **DEBTOR.** | ) | CHAPTER 11/sub V |

### UNITED STATES OF AMERICA'S (INTERNAL REVENUE SERVICE) LIMITED OBJECTION TO DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION UNDER SUBCHAPTER V OF CHAPTER 11

The United States, on behalf of the Internal Revenue Service ("IRS"), hereby files this Limited Objection to Confirmation of Debtor's First Amended Plan of Reorganization (ECF No. 210) for the following reasons:

1. Debtor alleges that it owes employment taxes in the approximate amount of $40,000.00 in its section 1188 (c) pre-status conference report (ECF No. 46) and in its plan liquidation analysis (ex A footnote 17) it also indicates it owes $40,000.00, However; Debtor has not filed employment tax returns for the prepetition periods.

2. Additionally, it appears from Debtor's monthly operating report for March (ECF No. 182), that it has employees but based on information and belief, no post-petition employment tax deposits or tax returns have been filed.

3. Because Debtor has not filed any employment tax returns, the IRS has not filed a proof of claim. Debtor should be required to file all unfiled employment tax returns before the Plan is confirmed to determine the priority tax liability and feasibility.

WHEREFORE, the United States requests that confirmation be denied.

        Respectfully submitted,

        JAIME ESPARZA
        UNITED STATES ATTORNEY

By: /s/*Steven B. Bass*
   STEVEN B. BASS
   Assistant United States Attorney
   903 San Jacinto Blvd., Suite 334
   Austin, Texas 78701
   (512) 916-5858/Fax (512) 916-5854
   Florida State Bar No. 767300
   Counsel for the United States of America

## **CERTIFICATE OF SERVICE**

I certify that on July 2, 2024, a copy of the foregoing "United States of America's (Internal Revenue Service) Limited Objection to Debtor's First Amended Plan of Reorganization Under Subchapter V of Chapter 11" was served by either the Court's CM/ECF electronic notification system or by U.S. First Class Mail, postage prepaid, as indicated below:

Ironclad Pressure Control, LLC
16690 W Basin Street
Odessa , TX 79763
*Via U.S. First Class Mail*

Joseph Postnikoff
Laurie Dahl Rea
Rochelle McCullough, LLP
300 Throckmorton, Ste 520
Fort Worth, TX 76102
*Via e-mail* JPostnikoff@romclaw.com
*Via e-mail* Laurie.rea@romclaw.com

Eric Terry
3511 Broadway
San Antonio, TX 78209
*Via e-mail* eric@ericterrylaw.com

        /s/*Steven B. Bass*
        STEVEN B. BASS
        Assistant United States Attorney