# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 23−70156−smr

Chapter No.: 7

Judge: Shad Robinson

IN RE: **Ironclad Pressure Control, LLC**, Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**12/6/24** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:   MAIL COPY OF PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT   Ron Satija
903 San Jacinto Blvd, Suite 322   P.O. Box 660208
Austin, TX 78701   Austin, TX 78766

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

**** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.

Dated: 8/28/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

| | |
|---|---|
| In re: | Case No. 23-70156-smr |
| Ironclad Pressure Control, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-7 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 28, 2024 | Form ID: 148 | Total Noticed: 82 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ironclad Pressure Control, LLC, 16690 W. Basin St., Odessa, TX 79763-3008 |
| 18587460 | + | A-7 Austin LLC, c/o John Massouh, Sprouse Shrader Smith, PO Box 15008, Amarillo TX 79105-5008 |
| 18575009 | + | Austin Hose, PO Box 9533, Amarillo, TX 79105-9533 |
| 18575010 | | B&H Industrial Supplies Inc., PO Box Boz 13135, Odessa, TX 79768 |
| 18575011 | + | B&J Wholesale LLC, c/o Jacky B Franklin, 10810 Katy Freeway #102, Houston TX 77043-5013 |
| 18588200 | + | B&J Wholesale LLC, Att Michael Thorness, 16712 Huffmeister Rd, Bldg 600A, Cypress TX 77429-8697 |
| 18575012 | + | BankDirect Capital Finance, 150 North Field Dr 190, Lake Forest, IL 60045-2594 |
| 18575013 | | Barco Rent A Truck, 717 South 560D West, Salt Lake City, UT 84104 |
| 18575014 | + | Blackbrush Investments LLC, 620 W. Euclid Ave., San Antonio, TX 78212-5101 |
| 18618137 | + | Blackbrush Investments LLC, c/o Todd Barron Thomason et al, Attn: Shane M Bebout, 3800 E 42nd St #409, Odessa TX 79762-5928 |
| 18602075 | + | Bott Enterprises Inc. dba Barco Rent A Truck, 717 South 5600 West, Salt Lake City, UT 84104-5301 |
| 18577127 | + | C&W International Fabricators LLC, c/o Todd J Johnston, PO Box 2547, Lubbock TX 79408-2547 |
| 18618282 | + | C&W International Fabricators, LLC, c/o Todd J. Johnston, McWhorter, Cobb & Johnson, LLP, P.O. Box 2547, Lubbock, TX 79408-2547 |
| 18575016 | | C&W International Fabricators, LLC, 300 N. Garfield 205, Midland, TX 79705 |
| 18575019 | + | CW Services & Rentals LLC, 7411 N County Rd W, Odessa, TX 79764-1945 |
| 18597276 | + | Casey Z. Donoyan, 15303 Ventura Blvd, Suite 1650, Sherman Oaks, CA 91403-6620 |
| 18575018 | + | Coast, Celtic Bank, PO Box Box 483, New York, NY 10014-0483 |
| 18575020 | + | Exodus Energy LLC, 3143 N Muskingum, Odessa, TX 79762-7649 |
| 18575021 | + | Firebird Flow Control LLC, PO Box 13161, Odessa, TX 79768-3161 |
| 18597277 | + | FundThrough USA Inc, Casey Z Donoyan, 15303 Ventura Blvd #1650, Sherman Oaks CA 91403-6620 |
| 18605523 | + | FundThrough USA Inc, C/O Teresa Ruiz Schober, Schober & Schober PC, 1611 Nueces St, Austin TX 78701-1105 |
| 18575024 | | Fundthrough, PO Box Box 204882, Dallas, TX 75320-4882 |
| 18575025 | + | GJR Meyer Service Company Inc., 6733 Leopard St., Corpus Christi, TX 78409-1701 |
| 18618693 | + | Grady Rentals LLC, c/o Grant A. Bannen, Bush Rudnicki Shelton, P.C., 200 N. Mesquite St. Ste. 200, Arlington, Texas 76011-7529 |
| 18751112 | + | Grady Rentals LLC, c/o Joseph M. OBell,, Bush Rudnicki Shelton, PC, 2508 Ashley Worth Boulevard, Suite 200, Austin, TX 78738-5305 |
| 18575026 | + | Grady Rentals LLC, 2745 South Highway 171, Cleburne, TX 76031-0756 |
| 18729327 | | Grady Rentals, LLC, 2745 TX-171, Cleburne, TX 76031 |
| 18575027 | + | Hutch's Oilfield Supply & Equipment LLC, PO Box 61050, Midland, TX 79711-1050 |
| 18575028 | + | Indeed Oilfield Supply, 11993 FM 529, Houston, TX 77041-3011 |
| 18575029 | | JMP Petroleum Technologies, Inc, 8111 Humble Westfield Rd., Humble, TX 77338 |
| 18588198 | + | Jacky B. Franklin, 10810 Katy Freeway, Suite 102, Houston, TX 77043-5013 |
| 18618720 | + | Kelly Hart & Hallman LLP, Attn: Katherine T. Hopkins, 201 Main Street, Suite 2500, Fort Worth, TX 76102-3194 |
| 18575030 | + | Kelly Hart & Hallman, LLP, 201 Main Street 2500, Fort Worth, TX 76102-3194 |
| 18575031 | + | Kindom Trinity, LLC, 1300 South County Road 1130, Midland, TX 79706-4801 |
| 18618420 | + | Kingdom Trinity LLC, c/o Julian P. Vasek, Munsch Hardt Kopf & Harr P.C., 500 N. Akard St., Ste. 4000, Dallas, TX 75201-6605 |
| 18575032 | + | Lone Star Gasket & Supply, PO Box 2615, Odessa, TX 79760-2615 |
| 18575033 | + | Mike McGraw & Partners LLC, PO Box 2988, Midland, TX 79702-2988 |
| 18575034 | + | Monos Logistics LLC, 12018 W. Louise St., Odessa, TX 79764-8211 |
| 18603985 | + | PERMIAN PRODUCTION LUBRICANTS, LLC, ATRADIUS COLLECTIONS, INC., 3500 LACEY ROAD, SUITE 220, DOWNERS GROVE, IL 60515-2481 |
| 18575035 | + | Permian Basin Drug & Alcohol Testing, PO Box 3565, Odessa, TX 79760-3565 |
| 18575036 | + | Permian Production Lubricants, 3500 Lacey Road 220, Downers Grove, IL 60515-2481 |
| 18575037 | | Quality Carbide Inc., c/o Jacky B Franklin, 10810 Kay Freeway #102, Houston, TX 77043 |
| 18588212 | + | Quality Carbide, Inc., Att: Tammy Darlene Kiser, Administrator, 2310 W 44th Street, Odessa TX 79764-3913 |
| 18575038 | + | SCF Industrial Technology Inc., 26077 Nelson Way 1406, Katy, TX 77494-6699 |
| 18575039 | + | ServicePlus LLC, 5465 Legacy Dr. 650, Plano, TX 75024-4171 |

| | | |
|---|---|---|
| 18575040 | + | Single Line Technologies, PO Box 1866, Tomball, TX 77377-1866 |
| 18575041 | + | Smart Oilfield Solutions, LLC, PO Box 968, Elk City, OK 73648-0968 |
| 18575042 | + | Southwest Specialty Inc., PO Box 14194, Odessa, TX 79768-4194 |
| 18575043 | + | Standifer Service Company, LLC, PO Box 493, Roscoe, TX 79545-0493 |
| 18575044 | + | Steel Goode Products, LLC, 6209 Romona Blvd., Houston, TX 77086-3308 |
| 18575050 | + | TSI Flow Products, Inc., PO Box 9182, Corpus Christi, TX 78469-9182 |
| 18575046 | + | Taylor Leasing & Rental, Inc., PO Box 906, Louisville, MS 39339-0906 |
| 18630059 | + | Tech Service Products Inc, Coface North America Insurance Co, 600 College Rd E #1110, Princeton NJ 08540-6880 |
| 18575047 | + | Tech Service Products Inc., 5509 Jensen St., New Orleans, LA 70123-2241 |
| 18575048 | + | Texas Mutual Insurance Company, PO Box 841843, Dallas, TX 75284-1843 |
| 18575049 | + | The Allen Firm, 181 S. Graham St., Stephenville, TX 76401-4201 |
| 18575051 | + | Vista Sales & Service, Inc., PO Box 13964, Odessa, TX 79768-3964 |
| 18575052 | + | Volant Xpress LLC, PO Box 64443, Lubbock, TX 79464-4443 |

TOTAL: 58

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 28 2024 22:14:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| 18588867 | | Email/Text: bankruptcy@atmosenergy.com | Aug 28 2024 22:13:00 | ATMOS ENERGY CORPORATION, ATTN: BANKRUPTCY GROUP, PO BOX 650205, DALLAS, TX 75265-0205 |
| 18575015 | + | Email/Text: accounting@blinefilter.com | Aug 28 2024 22:14:00 | B-Line Filter and Supply, 1509 W. Second St., Odessa, TX 79763-4320 |
| 18617750 | + | Email/Text: SBEBOUT@TODDLAWFIRM.COM | Aug 28 2024 22:13:00 | Blackbrush Investments LLC, c/o Shane M Bebout, Todd Barron Thomason et al, 3800 E 42nd St #409, Odessa TX 79762-5928 |
| 18588199 | | Email/Text: bcd@oag.texas.gov | Aug 28 2024 22:13:00 | Callan C. Searcy, Attorney General's Office, Bankruptcy & Collections Division, P.O. Box 12548, Austin, TX 78711-2548 |
| 18575017 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 28 2024 22:14:00 | Chrysler Capital, Attn: Bankruptcy Dept, Po Box 961278, Fort Worth, TX 76161-0278 |
| 18595601 | ^ | MEBN | Aug 28 2024 22:07:51 | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections MC-008, PO Box 12548, Austin TX 78711-2548 |
| 18575022 | ^ | MEBN | Aug 28 2024 22:08:12 | First Corporate Solutions, As Rep, 914 S. Street, Sacramento, CA 95811-7025 |
| 18575023 | ^ | MEBN | Aug 28 2024 22:08:13 | First Insurance Funding, PO Box 7000, Carol Stream, IL 60197-7000 |
| 18618094 | + | Email/Text: brittany@sdllaw.com | Aug 28 2024 22:13:00 | GJR Meyer Service, Inc., c/o Ross Spence, Spence, Desenberg & Lee, PLLC, 1770 St. James Place, Suite 625, Houston, TX 77056-3500 |
| 18575365 | + | Email/Text: lmbkr@pbfcm.com | Aug 28 2024 22:13:00 | Greenwood ISD, c/o Laura J Monroe, Perdue Brandon Fielder Collins & Mott, PO Box 817, Lubbock TX 79408-0817 |
| 18644189 | + | EDI: IRS.COM | Aug 29 2024 02:07:00 | Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 18720909 | | Email/Text: sanantonio.bankruptcy@publicans.com | Aug 28 2024 22:13:00 | Ector CAD, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| 18575223 | | Email/Text: julie.parsons@mvbalaw.com | Aug 28 2024 22:13:00 | Midland Central Appraisal District, c/o McCreary, Veselka, Bragg & Allen, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 18575363 | + | Email/Text: lmbkr@pbfcm.com | Aug 28 2024 22:13:00 | Midland County, c/o Laura J. Monroe, Perdue Brandon Fielder Collins & Mott, PO Box 817, |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Lubbock TX 79408-0817 |
| 18575364 | + Email/Text: lmbkr@pbfcm.com | | Aug 28 2024 22:13:00 | Midland County Utility District, c/o Laura J. Monroe, Perdue, Brandon, Fielder, Collins & Mott, PO Box 817, Lubbock, TX 79408-0817 |
| 18587229 | + Email/Text: enotifications@santanderconsumerusa.com | | Aug 28 2024 22:14:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 18669872 | ^ MEBN | | Aug 28 2024 22:08:12 | Santander Consumer USA, Inc. dba Chrysler Capital, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-1849 |
| 18596332 | + Email/Text: Bankruptcy.Notices@stellantis-fs.com | | Aug 28 2024 22:14:00 | Stellantis Financial Services Inc, c/o Compliance Dept, 3065 Akers Mill Rd #700, Atlanta GA 30339-3124 |
| 18575045 | + Email/Text: peritus@ebn.phinsolutions.com | | Aug 28 2024 22:14:00 | Stellantis Financial Servicesc, c/o Peritus Portfolio Svcs II LLC, PO Box 141419, Irving TX 75014-1419 |
| 18588483 | ^ MEBN | | Aug 28 2024 22:07:51 | Texas Comptroller of Public Accts., c/o Atty General's Office, PO Box 12548, Austin TX 78711-2548 |
| 18721634 | Email/Text: bcd@oag.texas.gov | | Aug 28 2024 22:13:00 | Texas Workforce Commission, Office of Attorney General, BK/Collections, P.O. BOX 12548, MC008, Austin, TX 787112548 |
| 18579213 | + Email/Text: ar@wagnersupply.com | | Aug 28 2024 22:14:00 | Wagner Supply Co, A Division of Imperial Dade, 925 E 66TH ST, Lubbock TX 79404-5505 |
| 18575053 | + Email/Text: ar@wagnersupply.com | | Aug 28 2024 22:14:00 | Wagner Supply Company, PO Box 225387, Dallas, TX 75222-5387 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Talbot Cumings | on behalf of Trustee Ron Satija bcumings@gdhm.com ctrickey@gdhm.com |
| Callan Clark Searcy | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division |

bk-csearcy@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Casey Z Donoyan
on behalf of Creditor FundThrough USA Inc. cdonoyan@lakklawyers.com

Don Stecker
on behalf of Creditor Ector CAD don.stecker@lgbs.com

Elizabeth Branning
on behalf of Defendant Ermelinda (Mindy) Rivas liz@jbschwartzlaw.com jon@jbschwartzlaw.com

Elizabeth Branning
on behalf of Defendant Bailee Nicole Rivas-Fernandez liz@jbschwartzlaw.com jon@jbschwartzlaw.com

Eric Terry
on behalf of Trustee Eric Terry eric@ericterrylaw.com ebterry@ecf.axosfs.com

Grant A Bannen
on behalf of Creditor Grady Rentals LLC gbannen@brstexas.com nburrow@brstexas.com

Jacky B. Franklin
on behalf of Creditor Quality Carbide Inc. jacky@jackyfranklin.com

Jacky B. Franklin
on behalf of Creditor B & J Wholesale LLC jacky@jackyfranklin.com

John C. Roy
on behalf of U.S. Trustee United States Trustee - MD12 casey.roy@rsbfirm.com

John F Massouh
on behalf of Creditor A-7 AUSTIN LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

Joseph Obell
on behalf of Creditor Grady Rentals LLC jobell@brstexas.com nburrow@brstexas.com;jfuller@brstexas.com

Joseph F Postnikoff
on behalf of Debtor Ironclad Pressure Control LLC JPostnikoff@romclaw.com, mwilson@romclaw.com

Joseph F Postnikoff
on behalf of Plaintiff Ironclad Pressure Control LLC JPostnikoff@romclaw.com, mwilson@romclaw.com

Joseph F Postnikoff
on behalf of Defendant Ironclad Pressure Control LLC JPostnikoff@romclaw.com, mwilson@romclaw.com

Julian Preston Vasek
on behalf of Creditor Kingdom Trinity LLC jvasek@munsch.com, hvalentine@munsch.com,CourtMail@munsch.com

Julie A. Parsons
on behalf of Creditor Midland Central Appraisal District jparsons@mvbalaw.com vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Laura J. Monroe
on behalf of Creditor Midland County et al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Laura J. Monroe
on behalf of Creditor Greenwood Independent School District lmbkr@pbfcm.com krobertson@ecf.inforuptcy.com

Laura J. Monroe
on behalf of Creditor Midland County Utility District lmbkr@pbfcm.com krobertson@ecf.inforuptcy.com

Laurie Dahl Rea
on behalf of Defendant Ironclad Pressure Control LLC laurie.rea@romclaw.com, tandi.levario@romclaw.com;mwilson@romclaw.com

Laurie Dahl Rea
on behalf of Debtor Ironclad Pressure Control LLC laurie.rea@romclaw.com, tandi.levario@romclaw.com;mwilson@romclaw.com

Lindsey Robin
on behalf of Creditor BankDirect Capital Finance a division of AFCO Credit Corporation lrobin@reedsmith.com

Peter B Dickens
on behalf of Creditor Stellantis Financial Services usb@LBandD.com

Ron Satija
rsatija@haywardfirm.com
szeigler@fsscommerce.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.com;laura@satijatrustee.com

Shane M Bebout
on behalf of Defendant Albert Dehoyos sbebout@toddlawfirm.com janie@toddlawfirm.com

Shane M Bebout
on behalf of Creditor Blackbrush Investments LLC sbebout@toddlawfirm.com, janie@toddlawfirm.com

| | |
|---|---|
| Shane P. Tobin | on behalf of U.S. Trustee United States Trustee - MD12 shane.p.tobin@usdoj.gov Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov |
| Stephen Wilcox | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital swilcox@wilcoxlaw.net, krw77@sbcglobal.net;kraudry@wilcoxlaw.net |
| Steven B. Bass | on behalf of Creditor United States Internal Revenue Service Steven.Bass@usdoj.gov tina.travieso@usdoj.gov |
| Steven Neil Kurtz | on behalf of Creditor FundThrough USA Inc. skurtz@laklawyers.com, nlessard@lakklawyers.com |
| Teresa Ruiz Schober | on behalf of Creditor FundThrough USA Inc. teresa@schoberlegal.com, cindy@schoberlegal.com;jim@schoberlegal.com |
| Todd J. Johnston | on behalf of Plaintiff C&W International Fabricators LLC tjohnston@mcjllp.com, tlofgren@mcjllp.com |
| Todd J. Johnston | on behalf of Creditor C&W International Fabricators LLC tjohnston@mcjllp.com, tlofgren@mcjllp.com |
| Todd J. Johnston | on behalf of Defendant C&W International Fabricators LLC tjohnston@mcjllp.com, tlofgren@mcjllp.com |
| United States Trustee - MD12 | USTPRegion07.AU.ECF@usdoj.gov |
| William Ross Spence | on behalf of Creditor GJR Meyer Service Inc. ross@sdllaw.com, brittany@sdllaw.com;tyler@sdllaw.com;justin@sdllaw.com;heejin@sdllaw.com |

TOTAL: 38