**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| IN RE: § | | Case 23-70156 |
| § | | |
| IRONCLAD PRESSURE CONTROL LLC § | | |
| § | | |
| § | | |
| DEBTOR § | | Chapter 7 |

**WITHDRAWAL OF CLAIM**

TO: CLERK OF THE COURT

The Texas Workforce Commission hereby withdraws its Proof of Claim No. 34-1 in the amount of $2,374.74 dated 07/09/2024, which was filed with the Court 07/09/2024 for Texas Workforce Commission Account No. XX-XXX682-8.

Respectfully submitted, this 17th day of October 2024.

By: /s/ Ramon Narvaez-Colon
Account Examiner
Texas Workforce Commission